February 26, 2026

Clerk of Court
United States District Court
Western District of Texas, Austin Division
501 W. 5th Street, Suite 1100
Austin, Texas 78701

**Re:**    *Copeland v. Housing Authority of the City of Austin*; Emergency Filing

Dear Clerk:

Enclosed for filing please find the following documents initiating a new civil action and requesting emergency relief:

1.    Verified Complaint

2.    Emergency Ex Parte Motion for Temporary Restraining Order Under Fed. R. Civ. P. 65

3.    Proposed Temporary Restraining Order

4.    Declaration of Johnny Copeland in Support of Emergency TRO

5.    Declaration of Bruce Garrison in Support of Emergency TRO

6.    Counsel's Certification Under Fed. R. Civ. P. 65(b)(1)(B)

7.    Exhibits A through L

8.    Civil Cover Sheet (JS-44)

9.    Motion for Leave to Proceed In Forma Pauperis and Supporting Affidavit

10.    Motion for Admission Pro Hac Vice

**This matter requires immediate attention.** The Verified Complaint and Emergency Motion seek a temporary restraining order to prevent the Housing Authority of the City of Austin from terminating Plaintiff's HUD-VASH Housing Choice Voucher assistance. The operative termination decision sets an effective date of **February 28, 2026,** which is two days from filing. Plaintiff is a severely disabled, wheelchair-dependent veteran who will face immediate displacement and serious medical harm if the termination takes effect.

Plaintiff respectfully requests that this filing be referred to the duty judge for consideration of the emergency motion at the earliest opportunity. Counsel for Defendant has been contacted and is aware of the filing. Counsel's Certification Under Rule 65(b)(1)(B) is filed contemporaneously and details notice efforts.

A Motion for Leave to Proceed *In Forma Pauperis* and supporting affidavit are filed contemporaneously in lieu of the filing fee.

Counsel's application for admission to the Western District of Texas is pending. A Motion for Admission *Pro Hac Vice* is filed contemporaneously. Because counsel does not yet have CM/ECF credentials, this filing is being submitted by alternative means. Counsel respectfully requests the Clerk's assistance in ensuring the filing is docketed promptly given the emergency nature of the matter.

Thank you for your prompt attention to this matter.

Respectfully submitted,

/s/ Audrey Bean

Audrey Bean
Texas Bar No. 24073897
Law Offices of Audrey Bean
440 Hickory Forrest Dr.
Seguin, Texas 78155
Telephone: (512) 553-6499
Email: audrey@austinlitigator.com

Attorney for Plaintiff John Copeland