**RECEIVED**

FEB 26 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| John Copeland, Plaintiff |
|---|
| -vs- |
| Housing Authority of the City of Austin, Defendant |

Case No.: 1 8 2 6 CV 0 0 4 6 1 ADA

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____Peter "Audrey" Bean_____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent _____John Copeland_____ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

_____Law Offices of Audrey Bean_____,

with offices at

| Mailing address: | 440 Hickory Forrest Ln |
| City, State, Zip Code: | Seguin, Texas 78155 |
| Telephone: | 512-290-5739 |
| Facsimile: | |

( P no    BBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBBB

2. Since __11/05/2010__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Texas__. Applicant's bar license number is __24073897__.

3. Applicant has been admitted to practice before the following courts:

   Court:                                  Admission date:
   N/A

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
   N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:
   **See "Supplemental Answers Exhibit A," attached hereto**

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   **See "Supplemental Answers Exhibit B," attached hereto**

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   [✔] Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   [ ] Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   Co-counsel: _____

   Mailing address: _____

   City, State, Zip Code: _____

   Telephone: _____

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Peter "Audrey" Bean** to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

**Peter "Audrey" Bean**
[printed name of Applicant]

*Audrey Bean*

[signature of Applicant]


### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **25** day of **February**, **2026**.

**Peter "Audrey" Bean**
[printed name of Applicant]

*Audrey Bean*

[signature of Applicant]

## SUPPLEMENTAL ANSWERS TO PETER BEAN'S APPLICATION FOR ADMISSION TO WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

### EXHIBIT A

**"12.   Indicate any grievances or involuntary removals filed against you as a lawyer. Describe the circumstances in detail."**

In 2011, a client filed a grievance complaining that I was responsible for her not being awarded a modeling contract with my client, a talent agent. My client's decision had nothing to do with me and the grievance was dismissed upon my initial response.

In 2025, a client complained that I had been practicing law during a brief, three-day period during which my license was suspended due to being tardy on my annual dues. I denied the accusation but agreed to participate in the Grievance Referral Program (GRP), which is designed to help lawyers adopt best practices in their law firm management. Upon completion of the program (currently ongoing), the grievance is formally dismissed.

### Exhibit B

**"13.   Describe in detail charges, arrests, or convictions for criminal offense(s). Omit minor traffic offenses."**

On September 4, 2007, I was arrested for refusing a breathalyzer in Mishawaka, Indiana. The charge was dismissed from St. Joseph County Court the day after the arrest. The case was expunged and I no longer know what the case number was, if there even was one.

On December 22, 2019, I was arrested for DWI in Travis County. I pleaded nolo contendre and was convicted in Travis County Court No. 9 in Cause No. C-1-CR-19-215053.

In 2025, I was working on *pro bono* work at a homeless encampment in Travis County and was arrested when Texas DPS troopers raided that encampment and charged everyone with trespassing. The charge was promptly dismissed. If there ever was a case number, I do not know it.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| John Copeland, Plaintiff |
| --- |
| -vs- |
| Housing Authority of the City of Austin, Defendant |

Case No. 1-24-CV-0040 ADA

### ORDER

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ____**Peter "Audrey" Bean**____ ("Applicant"), counsel for ____**John Copeland**____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ____**John Copeland**____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE