Generated: Feb 26, 2026 3:40PM                                                                 Page 1/1



# U.S. District Court

## Texas Western - Austin

Receipt Date: Feb 26, 2026 3:40PM

Peter Bean
440 Hickory Forrest Ln
Seguin, TX 78155

| Rcpt. No: 3153 | | Trans. Date: Feb 26, 2026 3:40PM | | | Cashier ID: #LE (7071) | |
|---|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | | Price | Amt |
| 111 | Pro Hac Vice | DTXW526LB000000 /001<br>EXECUTIVE OFFICE OF THE CLERK USDC<br>**FBO**: Peter Bean | 1 | | 100.00 | 100.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| MO | Money Order | #55063350686 | 02/26/2026 | | $100.00 |
| | | | Total Due Prior to Payment: | | $100.00 |
| | | | Total Tendered: | | $100.00 |

**Comments**: 1:26-cv-00461 Copeland v. Housing Authority of the City of Austin (HACA)

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov