# NOTICE OF LEASE VIOLATION

John Copeland

Date: November 15, 2024

Re: Notice of lease violation TAA Lease Contract between the resident(s) named above and
**Pathways at Chalmers Courts West, LP**
(owner)

(Names of all residents)
1600 E. 3rd, #2408
(Street address and dwelling unit number, if applicable)
Austin, TX 78702
(City, State, Zip)

Dear Resident(s):

The following violations of your lease have been reported or discovered concerning you or the premises in which you reside:

- ☐ Criminal conduct
- ☒ Disturbance
- ☐ Foil on window
- ☐ Improper storage
- ☐ Loud music
- ☐ Refusing to allow entry
- ☐ Threatening others
- ☐ Unauthorized modification of dwelling
- ☐ Damage to property
- ☒ Disturbing others
- ☐ Having hazardous materials
- ☐ Improperly heating the unit
- ☒ Loud or obnoxious behavior
- ☐ Tampering with telecommunications
- ☐ Trash by your entry
- ☒ Unauthorized occupant
- ☐ Disrupting our business operations
- ☐ Excessive noise
- ☐ Illegal parking
- ☐ Littered patio
- ☐ Making bad faith allegations
- ☐ Tampering with utilities
- ☐ Unauthorized animals
- ☐ Use of windows for entry or exit
- ☒ Other (explain below)

Details of the lease violations (refer to date, location, persons involved and specific lease paragraphs): **On Monday November 5th, 2024, unauthorized occupants found in storage room space, unauthorized for residents, having relations. Identified to be a caretaker to Johnnie Copeland. Violations paragraph 11.1(b), (c). Be advised, the caretaker is banned from property.**

Please do the following *(check one or more)*:

Contact owner's representative within 24 hours

☐ In person or

☐ by telephone at _____

to discuss the violation with us and to advise us what you have done or plan to do about the violations.

If you have any questions, these can be addressed when you contact the owner's representative. If you fail to timely make such contact, and reach a resolution satisfactory to the owner/manager, additional action will follow as provided in your lease. Thank you for your anticipated cooperation.

11/15/2024
Date notice was delivered to resident or unit

Signature of owner's representative

Manner of delivery (Optional)

*For office use only:*

Corrective measures taken by resident and when: _____

By (name of owner's representative): _____

Texas Apartment Association


EXHIBIT A-1