

# HOUSING AUTHORITY OF THE CITY OF AUSTIN
## ANNUAL RECERTIFICATION FAMILY DECLARATION

**Name (Head of the household):** John R. Copeland
**Date:** 9/23/25
**HOH SSN:** [redacted]
**Address:** 1600 E. 3rd St, Apt 2408, Austin, TX 78702
**Contact Phone(s):** (512) 848-9022
**Contact EMAIL:** jcland1954@gmail.com

## A. HOUSEHOLD / FAMILY COMPOSITION
List yourself and all individuals in the household. (Including Live-in aids, foster children / adults)

| # | Name | Relationship to the head of house. | Gender | Age | Birth Date | Disability Yes | Disability No | Student Full | Student Part | Student None |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | John R. Copeland | Head of Household | M | 71 | [redacted] |  | ✓ |  |  | ✓ |
| 2 |  |  |  |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |  |  |  |  |
| 5 |  |  |  |  |  |  |  |  |  |  |
| 6 |  |  |  |  |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |  |  |  |  |
| 9 |  |  |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |  |  |
| 11 |  |  |  |  |  |  |  |  |  |  |
| 12 |  |  |  |  |  |  |  |  |  |  |

Please list anyone who has left the household:

## B. HOUSEHOLD EMPLOYMENT INCOME
List all income earned by all members of the household (including minors)

| # | Household Member | Employer's Name & Phone | Pay Rate per hour | Hours worked per week, or month |
|---|---|---|---|---|
| 1 | N/A |  |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

## C. HOUSEHOLD NON-WAGE INCOME (Benefits, Pension, Etc)

List all nonwage income received by all household members (including minors/ children)

| Benefits | Yes | No | Amount Received? | Who receives these benefits? |
|---|---|---|---|---|
| TANF |  | ✔ | Amount of $ _____ per _____ | Name: |
| Child Support |  | ✔ | Amount of $ _____ per _____ | The Name you used WHEN YOU applied: |
| Child Support |  | ✔ | Amount of $ _____ per _____ | The Name you used WHEN YOU applied: |
| Child Support |  | ✔ | Amount of $ _____ per _____ | The Name you used WHEN YOU applied |
| [REDACTED] | | | | |
| Social Security |  |  | Amount of $ _____ per _____ | Name: |
| Social Security |  |  | Amount of $ _____ per _____ | Name: |
| Social Security |  |  | Amount of $ _____ per _____ | Name: |
| SSI |  | ✔ | Amount of $ _____ per _____ | Name: |
| SSI |  |  | Amount of $ _____ per _____ | Name: |
| SSI |  |  | Amount of $ _____ per _____ | Name: |
| Unemployment |  | ✔ | Amount of $ _____ per _____ | Name: |
| [REDACTED] | | | | |
| Family Contribution |  |  | Amount of $ _____ per _____ | Name: |

| Any other payments, gifts or benefits not listed above | Amount Received? | Who receives these benefits? |
|---|---|---|
|  | Amount of $ _____ per _____ | Name: |
|  | Amount of $ _____ per _____ | Name: |
|  | Amount of $ _____ per _____ | Name: |

## D. HOUSEHOLD ASSETS

List all asset sources such as checking, savings, stocks, bonds, bank accounts, property, IRA, retirement savings accounts, cash value of trusts, or life insurance, etc.

| Type of Asset | Name of Account Holder | Name of Bank / Institution | Current Balance | Interest per year (if any) |
|---|---|---|---|---|
| [REDACTED] | | | | |
| Savings Account |  |  | $ | $ |
|  |  |  | $ | $ |
|  |  |  | $ | $ |

## E. ASSETS DISPOSED OF FOR LESS THAN FAIR MARKET VALUE

**ASSETS DISPOSED OF FOR LESS THAN FAIR MARKET VALUE**

To meet eligibility and rent determinations, it is required by federal regulations that the head of household, spouse, or co-head certify sale of any assets for less than fair market: value. *Sale for less than fair market value means sale of an asset for a lesser amount than what the asset is worth.*

PLEASE CHECK ONLY ONE OF THE TWO BOXES BELOW Check (✓)

[✓] I certify that **I have NOT** sold assets for less than fair market value in the past 2 years.

[ ] I certify that **I have** sold assets for less than fair market value in the past 2 years.

## F. HOUSEHOLD DEDUCTIONS AND EXPENSES

Please indicate if you wish to claim any of the following expenses

| Allowed expense | Does your household claim any of the following? | | Anticipated Expense | |
|---|---|---|---|---|
| | Yes | No | | |
| **CHILD CARE EXPENSES** - to qualify children must be 12 years of age or younger. The family member must be working, furthering education, or actively seeking work. Childcare costs must be reasonable and will be documented. | | [✓] | $ _____ per | Childcare provider information: |
| **DISABILITY EXPENSES** - Reasonable expenses for attendant care and auxiliary apparatus for a disabled family member if they: (1) are necessary to enable a family member 18 years or older to work, (2) are not paid to a family member or reimbursed by an outside source, capped by the amount of earned income received by family members. | | [✓] | HACA accepts written third-party documents provided by the family, receipts or canceled checks dated within 60 days of re-exam or request, billing statements for the purchase of auxiliary apparatus, or other evidence of monthly payments or total payments that will be due for the apparatus during the upcoming 12 months. Third-party verification from a Rehabilitation Agency or knowledgeable medical professional indicating that the person with disabilities requires attendant care or an auxiliary apparatus to be employed, or that the attendant care or auxiliary apparatus enables another family member, or members, to work. The family will be required to certify that attendant care or auxiliary apparatus expenses are not paid by or reimbursed to the family from any source. | |
| **MEDICAL EXPENSES** - to qualify the head of household, co-head, or spouse must be 62 years of age or disabled. Thereafter, all medical expenses including medical insurance premiums, for all family members that are anticipated during the period for which annual income is computed, which are not covered by insurance will be considered. | | [✓] | Please provide current documentation (during the last 3 months), such as pharmacy printouts, receipts, evidence of monthly payments or total payments that will be due for medical expenses during the upcoming 12 months, and copies of checks used to make medical expense payments or receipts. The most current IRS Publication 502, Medical and Dental Expenses, will be used to determine the costs that qualify as medical expenses. | |

| Example of Allowable Medical Expenses from IRS Publication 502 ||
|---|---|
| <ul><li>Services of medical professionals</li><li>Surgery and medical procedures that are necessary, legal, non-cosmetic</li><li>Services of medical facilities</li><li>Hospitalization, long-term care, and in-home nursing services</li><li>Prescription medicines and insulin, but not nonprescription medicines even if recommended by a doctor</li><li>Improvements to housing directly related to medical needs (e.g., ramps for a wheel chair, handrails)</li></ul> | <ul><li>Substance abuse treatment programs</li><li>Psychiatric treatment</li><li>Ambulance services and some costs of transportation related to medical expenses</li><li>The cost and care of necessary equipment related to a medical condition (e.g., eyeglasses/lenses, hearing aids, crutches, and artificial teeth)</li><li>Cost and continuing care of necessary service animals</li><li>Medical insurance premiums or the cost of a health maintenance organization (HMO)</li></ul> |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## G. RENEWAL NOTICE

I choose to:  [ ] Renew Lease    [✓] Move within the Austin area    [ ] Transfer to Another Housing Authority

## H. CERTIFICATION STATEMENT

Under penalties of perjury, I certify that the information presented in this certification is true and accurate to the best of my knowledge and belief. I understand that providing false, misleading representations or incomplete information herein constitutes an act of fraud and is punishable under Federal Law. Fraud will result in immediate termination from the program, legal action against me, and repayment of any subsidies paid on my behalf under false pretense.

*John R Copeland*        Johnny Copeland        9-23

Head of Household Signature        Head of Household's Name        Date

OMB Control Number: 2577-0295

*Use this form for reexaminations effective on or after January 1, 2024. Use form HUD-9886 for reexaminations effective prior to January 1, 2024.*

## Authorization for the Release of Information/Privacy Act Notice to the U.S. Department of Housing and Urban Development and the Housing Agency/Authority (HA)

U.S. Department of Housing and Urban Development, Office of Public and Indian Housing

**PHA or IHA requesting release of information** (full address, name of contact person, and date):

*Housing Authority of the City Of Austin, 1104 S.IH 35, Austin, TX 78704*

**Authority**: Section 904 of the Stewart B. McKinney Homeless Assistance Amendments Act of 1988, as amended by Section 903 of the Housing and Community Development Act of 1992 and Section 3003 of the Omnibus Budget Reconciliation Act of 1993. This law is found at 42 U.S.C. 3544. This law requires you to sign a consent form authorizing: (1) HUD, and the Housing Agency/Authority (HA) to request verification of salary and wages from current or previous employers; (2) HUD and the HA to request wage and unemployment compensation claim information from the state agency responsible for keeping that information; and (3) HUD to request certain tax return information from the U.S. Social Security Administration and the U.S. Internal Revenue Service.

Section 104 of the Housing Opportunity and Modernization Act of 2016. The relevant provisions are found at 42 U.S.C. 1437n. This law requires you to sign a consent form authorizing the HA to request verification of any financial record from any financial institutions as defined in the Right to Financial Privacy Act (12 U.S.C. 3401)), whenever the HA determines the record is needed to determine an applicant's or participant's eligibility for assistance or level of benefits.

**Purpose**: In signing this consent form, you are authorizing HUD and the above-named HA to request income information from the sources listed on the form. HUD and the HA need this information to verify your household's income, in order to ensure that you are eligible for assisted housing benefits and that these benefits are set at the correct level. HUD and the HA may participate in computer matching programs with these sources in order to verify your eligibility and level of benefits.

**Uses of Information to be obtained:** HUD is required to protect the income information it obtains in accordance with the Privacy Act of 1974, 5 U.S.C. 552a. HUD may disclose information (other than tax return information) for certain routine uses, such as to other government agencies for law enforcement purposes, to Federal agencies for employment suitability purposes and to HAs for the purpose of determining housing assistance. The HA is also required to protect the income information it obtains in accordance with any applicable State privacy law. HUD and HA employees may be subject to penalties for unauthorized disclosures or improper uses of the income information that is obtained based on the consent form. **Private owners may not request or receive information authorized by this form.**

**Who Must Sign the Consent Form:** Each member of your family who is 18 years of age or older must sign the consent form. Additional signatures must be obtained from new adult members joining the family or whenever members of the family become 18 years of age. Persons who apply for or receive assistance under the following programs are required to sign this consent form:
- Public Housing
- Housing Choice Voucher
- Section 8 Moderate Rehabilitation

**Failure to Sign Consent Form:** Your failure to sign the consent form may result in the denial of eligibility or termination of assisted housing benefits, or both. Denial of eligibility or termination of benefits is subject to the HA's grievance procedures and Section 8 informal hearing procedures.

**Revocation of consent:** If you revoke consent, the PHA will be unable to verify your information, although the data matches between HUD and other agencies will continue to automatically occur in the Enterprise Income Verification (EIV) System if the family is not terminated from the program.

**Sources of Information to be obtained**
State Wage Information Collection Agencies. (This consent is limited to wages and unemployment compensation I have received when I have received assisted housing benefits.)
U.S. Social Security Administration (HUD only) (This consent is limited to the wage and self-employment information and payments of retirement income as referenced at Section 6103(l)(7)(A) of the Internal Revenue Code.)
U.S. Internal Revenue Service (HUD only) (This consent is limited to unearned income [i.e., interest and dividends].)
Information may also be obtained directly from: (a) current and former employers concerning salary and wages; and (b) financial institutions as defined in the Right to Financial Privacy Act (12 U.S.C. 3401), whenever the HA determines the record is needed to determine an applicant's or participant's eligibility for assistance or level of benefits. I understand that income information obtained from these sources will be used to verify information that I provide in determining eligibility for assisted housing programs and the level of benefits. Therefore, this consent form only authorizes release directly from employers and financial institutions of information.

Original is retained by the requesting organization.         ref. Handbooks 7420.7, 7420.8, & 7465.1 form     **HUD-9886-A (10/23)**
                                                                                                              exp. 10/31/26

Consent: I consent to allow HUD or the HA to request and obtain income information from the sources listed on this form for the purpose of verifying my eligibility and level of benefits under HUD's assisted housing programs. I understand that HAs that receive income information under this consent form cannot use it to deny, reduce or terminate assistance without first independently verifying what the amount was, whether I actually had access to the funds and when the funds were received. In addition, I must be given an opportunity to contest those determinations.

This consent form remains effective until the earliest of (i) the rendering of a final adverse decision for an assistance applicant; (ii) the cessation of a participant's eligibility for assistance from HUD and the PHA; or (iii) The express revocation by the assistance applicant or recipient (or applicable family member) of the authorization, in a written notification to HUD or the PHA.

Signatures: *John R. Copeland* / John R. Copeland / 9/23/25

**IMPORTANT: ALL ADULTS IN THE HOUSEHOLD MUST SIGN THIS FORM**

Social Security Number (if any) of Head of Household

| Spouse | Date | Other Family Member over age 18 | Date |
| Other Family Member over age 18 | Date | Other Family Member over age 18 | Date |
| Other Family Member over age 18 | Date | Other Family Member over age 18 | Date |

**Privacy Advisory.** Authority: The Department of Housing and Urban Development (HUD) is authorized to collect this information by the U.S. Housing Act of 1937 (42 U.S.C. 1437 et. seq.), Title VI of the Civil Rights Act of 1964 (42 U.S.C. 2000d), and by the Fair Housing Act (42 U.S.C. 3601-19). Purpose: This form authorizes HUD and the above-named HA to request income information to verify your household's income in order to ensure that you are eligible for assisted housing benefits and that these benefits are set at the correct level. Failure to provide any of the requested information may result in a delay or rejection of your eligibility approval.

**Penalties for Misusing this Consent:** HUD and the HA (or any employee of HUD or the HA) may be subject to penalties for unauthorized disclosures or improper uses of information collected based on the consent form. Use of the information collected based on the form HUD 9886 is restricted to the purposes cited on the form HUD 9886. Any person who knowingly or willfully requests, obtains, or discloses any information under false pretenses concerning an applicant or participant may be subject to a misdemeanor and fined not more than $5,000. Any applicant or participant affected by negligent disclosure of information may bring civil action for damages, and seek other relief, as may be appropriate, against the officer or employee of HUD or the HA for the unauthorized disclosure or improper use.

**OMB Burden Statement.** The public reporting burden for this information collection is estimated to be 0.16 hours for new admissions and .08 hours for household members turning 19, including the time for reviewing, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Collection of information income and assets is required for program eligibility determination purposes. The submission of the consent form is necessary (form-HUD 9886) so that PHAs can carry out the requirements of Section 904 of the Stewart B. McKinney Homeless Assistance Amendments Act of 1988, as amended by Section 903 of the Housing and Community Development Act of 1992 and Section 3003 of the Omnibus Budget Reconciliation Act of 1993 (42 U.S.C. 3544) and Section 104 of HOTMA to ensure that HUD and PHAs can verify eligibility and income information for applicants and participants. This information collection is protected from disclosure by the Privacy Act. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions to reduce this burden, to the Office of Public and Indian Housing, US. Department of Housing and Urban Development, Washington, DC 20410. When providing comments, please refer to OMB Approval No. 2577-0295. HUD may not conduct and sponsor, and a person is not required to respond to, a collection of information unless the collection displays a valid control number.

Original is retained by the requesting organization.   ref. Handbooks 7420.7, 7420.8, & 7465.1   form HUD-9886-A (10/23) exp.10/31/26



# HOUSING AUTHORITY OF THE CITY OF AUSTIN

## Acknowledgment Form

All information provided by the family must be true and complete.

**The family MUST:**

1. **Obtain approval to move from the Housing Authority of the City of Austin (HACA) before moving to a new unit.**

2. **Use the assisted unit as the only residence and may not sublease or let the assisted unit nor assign or transfer the lease.**

3. **Give HACA a copy of any eviction notice within 30 days of the date the notice is received.**

4. **Pay their portion of the rent, if any is due, to the owner on the first of each month.**

5. **Maintain the assisted unit by Housing Quality Standards (HQS).** The participant is responsible for keeping the unit in compliance with HQS, including maintaining appliances, paying utility bills, and ensuring continuous utility service that the owner is not required to provide under the lease and HAP contract.

6. **Follow HACA's policy regarding guests.** A guest is defined as a person who temporarily stays in the assisted unit with the consent of a household or other adult member. A guest may visit a family in the assisted unit for a total of 30 consecutive days or a total of 90 cumulative days during a calendar year. If the owner's lease defines a shorter time frame for guests, the time frame listed on the lease prevails.

7. **Pay off any owed money to HACA or to another Housing Authority in connection to the Housing Choice Voucher Program to be allowed to move to another unit.**

8. **Provide any information requested by HACA, by the stated due date, that is necessary for use in administering the program, including regularly scheduled annual re-certification or interim re-certifications of family income and composition.**

9. **Allow HACA to inspect the assisted unit at reasonable times and after reasonable notice.**

10. **Attend scheduled annual re-certification or other scheduled appointments.**

11. **Notify HACA in writing within 30 days of the occurrence of any required changes in family income and composition.** Families are required to report *new* sources of earned and unearned income and all changes in family composition. When reporting a decrease in income, any new sources of income which have occurred must also be reported.

12. **For VASH Participants only:** Participate in HUD-VASH case management provided by the VA.



# HOUSING AUTHORITY OF THE CITY OF AUSTIN

## Acknowledgment Form

**The family MUST NOT:**

1. Own or have any interest in the assisted unit.

2. Be evicted due to serious or repeated violation of the lease.

3. Damage the unit or premises (beyond ordinary wear and tear) or permit any guest to damage unit or premises.

4. Allow guests to represent the unit address as their residence address or they will be considered unauthorized occupants.

5. Engage or be involved in any type of drug-related or violent criminal activity.

6. Be convicted of manufacturing or production of methamphetamines on the premises of federally assisted housing.

7. Commit fraud, bribery, or other corrupt/criminal acts in connection with any Federal Housing Program.

8. Engage in abuse or a pattern of abuse of alcohol that threatens the health and safety or the right of peaceful enjoyment of the premises by other residents.

9. Flee to avoid prosecution, custody, or confinement after conviction of a crime or attempt to commit a crime that is a felony or violation of probation or parole under federal or state law.

10. Breach an agreement to repay HACA or another Housing Authority for an overpayment in connection with the HCV program.

11. Receive assistance from HACA while receiving another housing subsidy under any duplicative federal, state or local housing assistance programs (as determined by HUD).

12. Engage in or threaten abusive or violent behavior towards HACA personnel.

13. Be subject to a lifetime registration requirement under a state sex offender registration program. HACA permanently prohibits admission to the Housing Choice Voucher Program if any member of the household is subject to this requirement.

14. Currently owe monies back to HACA, unless the family has a repayment agreement and is complying with its terms.

I certify that I have read and understand the rules and regulations of the Housing Choice Voucher (HCV) Program. I understand that I must follow the rules listed above to continue to participate in the HCV Program and that HACA may terminate my assistance if my family fails to comply with any of the obligations listed above.

X _____   _Johnny Goddard_____   9-23-25
Head of Household Signature     Head of Household's Name    Date

OMB Control # 2502-0581
Exp. (02/28/2019)

Supplemental and Optional Contact Information for HUD-Assisted Housing Applicants

## SUPPLEMENT TO APPLICATION FOR FEDERALLY ASSISTED HOUSING
This form is to be provided to each applicant for federally assisted housing

**Instructions:** Optional Contact Person or Organization: You have the right by law to include as part of your application for housing, the name, address, telephone number, and other relevant information of a family member, friend, or social, health, advocacy, or other organization. This contact information is for the purpose of identifying a person or organization that may be able to help in resolving any issues that may arise during your tenancy or to assist in providing any special care or services you may require. **You may update, remove, or change the information you provide on this form at any time.** You are not required to provide this contact information, but if you choose to do so, please include the relevant information on this form.

| | |
|---|---|
| Applicant Name: | John R. Copeland |
| Mailing Address: | 1600 E. 3rd St, Apt 2408, Austin, TX 78702 |
| Telephone No: (512) 848-9022 | Cell Phone No: |
| Name of Additional Contact Person or Organization: | Pamella Pitts |
| Address: | |
| Telephone No: | Cell Phone No: |
| E-Mail Address (if applicable): | |
| Relationship to Applicant: | Friend |

**Reason for Contact:** (Check all that apply)
- [x] Emergency
- [ ] Unable to contact you
- [ ] Termination of rental assistance
- [ ] Eviction from the unit
- [ ] Late payment of rent
- [ ] Assist with the Recertification Process
- [ ] Change in lease terms
- [ ] Change in house rules
- [ ] Other: _____

**Commitment of Housing Authority or Owner:** If you are approved for housing, this information will be kept as part of your tenant file. If issues arise during your tenancy or if you require any services or special care, we may contact the person or organization you listed to assist in resolving the issues or in providing any services or special care to you.

**Confidentiality Statement:** The information provided on this form is confidential and will not be disclosed to anyone except as permitted by the applicant or applicable law.

**Legal Notification:** Section 644 of the Housing and Community Development Act of 1992 (Public Law 102-550, approved October 28, 1992) requires each applicant for federally assisted housing to be offered the option of providing information regarding an additional contact person or organization. By accepting the applicant's application, the housing provider agrees to comply with the nondiscrimination and equal opportunity requirements of 24 CFR section 5.105, including the prohibitions on discrimination in admission to or participation in federally assisted housing programs on the basis of race, color, religion, national origin, sex, disability, and familial status under the Fair Housing Act, and the prohibition on age discrimination under the Age Discrimination Act of 1975.

[x] Check this box if you choose to provide the contact information.

[ ] Check this box if you choose **NOT** to provide the contact information.

_____  9-25-25
Signature of Applicant                                  Date

The information collection requirements contained in this form were submitted to the Office of Management and Budget (OMB) under the Paperwork Reduction Act of 1995 (44 U.S.C. 3501-3520). The public reporting burden is estimated at 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Section 644 of the Housing and Community Development Act of 1992 (42 U.S.C. 13604) imposed on HUD the obligation to require housing providers participating in HUD's assisted housing programs to provide any individual or family applying for occupancy in HUD-assisted housing with the option to include in the application for occupancy the name, address, telephone number, and other relevant information of a family member, friend, or person associated with a social, health, advocacy, or similar organization. The objective of providing such information is to facilitate contact by the housing provider with the person or organization identified by the tenant to assist in providing any delivery of services or special care to the tenant and assist with resolving any tenancy issues arising during the tenancy of such tenant. This supplemental application information is to be maintained by the housing provider and maintained as confidential information. Providing the information is basic to the operations of the HUD Assisted-Housing Program and is voluntary. It supports statutory requirements and program and management controls that prevent fraud, waste and mismanagement. In accordance with the Paperwork Reduction Act, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information, unless the collection displays a currently valid OMB control number.

Privacy Statement: Public Law 102-550, authorizes the Department of Housing and Urban Development (HUD) to collect all the information (except the Social Security Number (SSN)) which will be used by HUD to protect disbursement data from fraudulent actions.

Form HUD-92006 (05/09)



# HOUSING AUTHORITY OF THE CITY OF AUSTIN
## PBV and SRO FAMILY DECLARATION

**Name (Head of the household):** John R. Copeland  
**Date:** 8/15/25  
**Address:** 1600 E. 3rd St, Apt 2408, Austin, TX 78702  
**Contact Phone(s):** (737) 278-8448  
**Contact EMAIL:**

### A. HOUSEHOLD / FAMILY COMPOSITION
List yourself and all individuals in the household. (Including Live in aids, foster children / adults)

| # | Name | Relationship to the head of house. | Sex | Age | Birth Date | Do you claim a disability status? Yes | No | Is this person a Student? Full | Part | None |
|---|------|---|---|---|---|---|---|---|---|---|
| 1 | John R. Copeland | Head of Household | M | 70 | [redacted] | | ✓ | | | ✓ |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |

### B. HOUSEHOLD EMPLOYMENT INCOME
List all income earned by all members of the household (including minors)

| Household Member | Employer's Name & Phone | Pay Rate per hour | Hours worked Per week, or month |
|---|---|---|---|
| 1. N/A | | | |
| 2. | | | |

### C. HOUSEHOLD NON-WAGE INCOME (Benefits, Pension, Etc)
List all nonwage income received by all household members (including minors/ children)

| Benefits | Yes | No | Amount Received? | Who receives these benefits? |
|---|---|---|---|---|
| Child Support | | ✓ | Amount of $_____ per _____ | The Name you used WHEN YOU applied: |
| SSI | | ✓ | Amount of $_____ per _____ | Name: |
| Unemployment | | ✓ | Amount of $_____ per _____ | Name: |
| Family Contribution | | ✓ | Amount of $_____ per _____ | Name: |

| Any other payments, gifts, or benefits not listed above | Amount Received? | Who receives these benefits? |
|---|---|---|
| | Amount of $_____ per _____ | Name: |
| | Amount of $_____ per _____ | Name: |
| | Amount of $_____ per _____ | Name: |

## D. HOUSEHOLD ASSETS

List all assets sources such as checking, savings, stocks, bonds, bank accounts, property, IRA, retirement savings accounts, cash value of trusts, or life insurance, etc.

| Type of Asset | Name of Account Holder | Name of Bank / Institution | Current Balance | Interest per year (if any) |
|---|---|---|---|---|
| Checking Account | John R. Copeland | Chime | $ 0 | $ 0 |
| Savings Account | | | $ | $ |
| | | | $ | $ |
| | | | $ [Not a bank account] | $ |

## E. ASSETS DISPOSED OF FOR LESS THAN FAIR MARKET VALUE

**ASSETS DISPOSED OF FOR LESS THAN FAIR MARKET VALUE**

To meet eligibility and rent determinations, it is required by federal regulations that the head of household, spouse, or co-head certify the sale of any assets for less than the fair market value. *Sale for less than fair market value means the sale of an asset for a lesser amount than what the asset is worth.*

**PLEASE CHECK ONLY ONE OF THE TWO BOXES BELOW Check (✓)**

I certify that [✓] **I have not** or [ ] **I have** sold assets for less than fair market value in the past two years.

## F. HOUSEHOLD DEDUCTIONS AND EXPENSES

Please indicate if you wish to claim any of the following expenses

| Allowed expense | Does your household claim any of the following? | | Anticipated Expense | |
|---|---|---|---|---|
| | Yes | No | | |
| **CHILD CARE EXPENSES** - to qualify children must be 12 years of age or younger. The family member must be working, furthering education, or actively seeking work. Childcare costs must be reasonable and will be documented. | Yes | No ✓ | $ _____ per _____ | Childcare provider information: |
| **DISABILITY EXPENSES** - Reasonable expenses for attendant care and auxiliary apparatus for a disabled family member if they: (1) are necessary to enable a family member 18 years or older to work, (2) are not paid to a family member or reimbursed by an outside source, capped by the amount of earned income received by family members. | Yes | No ✓ | HACA accepts written third-party documents provided by the family, receipts or canceled checks dated within 60 days of re-exam or request, billing statements for the purchase of auxiliary apparatus, or other evidence of monthly payments or total payments that will be due for the apparatus during the upcoming 12 months. Third-party verification from a Rehabilitation Agency or knowledgeable medical professional indicating that the person with disabilities requires attendant care or an auxiliary apparatus to be employed, or that the attendant care or auxiliary apparatus enables another family member, or members, to work. The family will be required to certify that attendant care or auxiliary apparatus expenses are not paid by or reimbursed to the family from any source. | |
| **MEDICAL EXPENSES** - to qualify the head of household, co-head, or spouse must be 62 years of age or disabled. Thereafter, all medical expenses including medical insurance premiums, for all family members that are anticipated during the period for which annual income is computed, which are not covered by insurance will be considered. | Yes | No ✓ | Please provide current documentation (during the last 3 months), such as pharmacy printouts, receipts, evidence of monthly payments or total payments that will be due for medical expenses during the upcoming 12 months, and copies of checks used to make medical expense payments or receipts. The most current IRS Publication 502, Medical and Dental Expenses, will be used to determine the costs that qualify as medical expenses. | |

## F. HOUSEHOLD DEDUCTIONS AND EXPENSES
### Summary of Allowable Medical Expenses from IRS Publication 502

- Services of medical professionals
- Surgery and medical procedures that are necessary, legal, non-cosmetic
- Services of medical facilities
- Hospitalization, long-term care, and in-home nursing services
- Prescription medicines and insulin, but not nonprescription medicines even if recommended by a doctor
- Improvements to housing directly related to medical needs (e.g., ramps for a wheelchair, handrails)

- Substance abuse treatment programs
- Psychiatric treatment
- Ambulance services and some costs of transportation related to medical expenses
- The cost and care of necessary equipment related to a medical condition (e.g., eyeglasses/lenses, hearing aids, crutches, and artificial teeth)
- Cost and continuing care of necessary service animals
- Medical insurance premiums or the cost of a health maintenance organization (HMO)

| Medical Expense | Cost Per Month | Medical Expense | Cost Per Month |
|---|---|---|---|
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |

## G. RENEWAL NOTICE

I choose to:   Renew Lease [✓]       Withdraw From the Program [ ]

## H. CERTIFICATION STATEMENT

Under penalties of perjury, I certify that the information presented in this certification is true and accurate to the best of my knowledge and belief. I understand that providing false, misleading representations or incomplete information herein constitutes an act of fraud and is punishable under Federal Law. Fraud will result in immediate termination from the program, legal action against me, and repayment of any subsidies paid on my behalf under false pretense.

Head of Household Signature: *[signed]*   Participant's Name: John R. Copeland   Date: 8-15-26

OMB Control Number: 2577-0295

*Use this form for reexaminations effective on or after January 1, 2024. Use form HUD-9886 for reexaminations effective prior to January 1, 2024.*

# Authorization for the Release of Information/Privacy Act Notice to the U.S. Department of Housing and Urban Development and the Housing Agency/Authority (HA)

U.S. Department of Housing and Urban Development, Office of Public and Indian Housing

**PHA or IHA requesting release of information** (full address, name of contact person, and date):

---

**Authority:** Section 904 of the Stewart B. McKinney Homeless Assistance Amendments Act of 1988, as amended by Section 903 of the Housing and Community Development Act of 1992 and Section 3003 of the Omnibus Budget Reconciliation Act of 1993. This law is found at 42 U.S.C. 3544. This law requires you to sign a consent form authorizing: (1) HUD, and the Housing Agency/Authority (HA) to request verification of salary and wages from current or previous employers; (2) HUD and the HA to request wage and unemployment compensation claim information from the state agency responsible for keeping that information; and (3) HUD to request certain tax return information from the U.S. Social Security Administration and the U.S. Internal Revenue Service.

Section 104 of the Housing Opportunity and Modernization Act of 2016. The relevant provisions are found at 42 U.S.C. 1437n . This law requires you to sign a consent form authorizing the HA to request verification of any financial record from any financial institutions as defined in the Right to Financial Privacy Act (12 U.S.C. 3401)), whenever the HA determines the record is needed to determine an applicant's or participant's eligibility for assistance or level of benefits.

**Purpose:** In signing this consent form, you are authorizing HUD and the above-named HA to request income information from the sources listed on the form. HUD and the HA need this information to verify your household's income, in order to ensure that you are eligible for assisted housing benefits and that these benefits are set at the correct level. HUD and the HA may participate in computer matching programs with these sources in order to verify your eligibility and level of benefits.

**Uses of Information to be Obtained:** HUD is required to protect the income information it obtains in accordance with the Privacy Act of 1974, 5 U.S.C. 552a. HUD may disclose information (other than tax return information) for certain routine uses, such as to other government agencies for law enforcement purposes, to Federal agencies for employment suitability purposes and to HAs for the purpose of determining housing assistance. The HA is also required to protect the income information it obtains in accordance with any applicable State privacy law. HUD and HA employees may be subject to penalties for unauthorized disclosures or improper uses of the income information that is obtained based on the consent form. **Private owners may not request or receive information authorized by this form.**

**Who Must Sign the Consent Form:** Each member of your family who is 18 years of age or older must sign the consent form. Additional signatures must be obtained from new adult members joining the family or whenever members of the family become 18 years of age.

Persons who apply for or receive assistance under the following programs are required to sign this consent form:
  Public Housing
  Housing Choice Voucher
  Section 8 Moderate Rehabilitation

**Failure to Sign Consent Form:** Your failure to sign the consent form may result in the denial of eligibility or termination of assisted housing benefits, or both. Denial of eligibility or termination of benefits is subject to the HA's grievance procedures and Section 8 informal hearing procedures.

**Revocation of consent:** If you revoke consent, the PHA will be unable to verify your information, although the data matches between HUD and other agencies will continue to automatically occur in the Enterprise Income Verification (EIV) System if the family is not terminated from the program.

### Sources of Information to be Obtained

State Wage Information Collection Agencies. (This consent is limited to wages and unemployment compensation I have received when I have received assisted housing benefits.)

U.S. Social Security Administration (HUD only) (This consent is limited to the wage and self-employment information and payments of retirement income as referenced at Section 6103(l)(7)(A) of the Internal Revenue Code.)

U.S. Internal Revenue Service (HUD only) (This consent is limited to unearned income [i.e., interest and dividends].)

Information may also be obtained directly from: (a) current and former employers concerning salary and wages; and (b) financial institutions as defined in the Right to Financial Privacy Act (12 U.S.C. 3401), whenever the HA determines the record is needed to determine an applicant's or participant's eligibility for assistance or level of benefits. I understand that income information obtained from these sources will be used to verify information that I provide in determining eligibility for assisted housing programs and the level of benefits. Therefore, this consent form only authorizes release directly from employers and financial institutions of information.

---

Original is retained by the requesting organization.   ref. Handbooks 7420.7, 7420.8, & 7465.1   form HUD-9886-A (10/23)
exp. 10/31/26

Consent: I consent to allow HUD or the HA to request and obtain income information from the sources listed on this form for the purpose of verifying my eligibility and level of benefits under HUD's assisted housing programs. I understand that HAs that receive income information under this consent form cannot use it to deny, reduce or terminate assistance without first independently verifying what the amount was, whether I actually had access to the funds and when the funds were received. In addition, I must be given an opportunity to contest those determinations.

This consent form remains effective until the earliest of (i) the rendering of a final adverse decision for an assistance applicant; (ii) the cessation of a participant's eligibility for assistance from HUD and the PHA; or (iii) The express revocation by the assistance applicant or recipient (or applicable family member) of the authorization, in a written notification to HUD or the PHA.

*[Signature: John R Copeland]*  *[Date: 8-15-25]*

Signatures:

| Head [redacted] | Date | Other Family Member over age 18 | Date |
| Soc [redacted] | | Other Family Member over age 18 | Date |
| Spouse | Date | Other Family Member over age 18 | Date |
| Other Family Member over age 18 | Date | Other Family Member over age 18 | Date |
| Other Family Member over age 18 | Date | Other Family Member over age 18 | Date |

**Privacy Advisory.** Authority: The Department of Housing and Urban Development (HUD) is authorized to collect this information by the U.S. Housing Act of 1937 (42 U.S.C. 1437 et. seq.), Title VI of the Civil Rights Act of 1964 (42 U.S.C. 2000d), and by the Fair Housing Act (42 U.S.C. 3601-19). Purpose: This form authorizes HUD and the above-named HA to request income information to verify your household's income in order to ensure that you are eligible for assisted housing benefits and that these benefits are set at the correct level. Failure to provide any of the requested information may result in a delay or rejection of your eligibility approval.

**Penalties for Misusing this Consent:** HUD and the HA (or any employee of HUD or the HA) may be subject to penalties for unauthorized disclosures or improper uses of information collected based on the consent form. Use of the information collected based on the form HUD 9886 is restricted to the purposes cited on the form HUD 9886. Any person who knowingly or willfully requests, obtains, or discloses any information under false pretenses concerning an applicant or participant may be subject to a misdemeanor and fined not more than $5,000. Any applicant or participant affected by negligent disclosure of information may bring civil action for damages, and seek other relief, as may be appropriate, against the officer or employee of HUD or the HA for the unauthorized disclosure or improper use.

**OMB Burden Statement.** The public reporting burden for this information collection is estimated to be 0.16 hours for new admissions and .08 hours for household members turning 19, including the time for reviewing, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Collection of information income and assets is required for program eligibility determination purposes. The submission of the consent form is necessary (form-HUD 9886) so that PHAs can carry out the requirements of Section 904 of the Stewart B. McKinney Homeless Assistance Amendments Act of 1988, as amended by Section 903 of the Housing and Community Development Act of 1992 and Section 3003 of the Omnibus Budget Reconciliation Act of 1993 (42 U.S.C. 3544) and Section 104 of HOTMA to ensure that HUD and PHAs can verify eligibility and income information for applicants and participants. This information collection is protected from disclosure by the Privacy Act. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions to reduce this burden, to the Office of Public and Indian Housing, US. Department of Housing and Urban Development, Washington, DC 20410. When providing comments, please refer to OMB Approval No. 2577-0295. HUD may not conduct and sponsor, and a person is not required to respond to, a collection of information unless the collection displays a valid control number.

Original is retained by the requesting organization.    ref. Handbooks 7420.7, 7420.8, & 7465.1    form HUD-9886-A (10/23)
exp. 10/31/26



# HOUSING AUTHORITY OF THE CITY OF AUSTIN

## Acknowledgement Form

**The family MUST:**

1. **Use the assisted unit as the only residence and may not sublease or let the assisted unit nor assign or transfer the lease.**

2. **Give HACA a copy of any eviction notice within 30 days of the date the notice is received.**

3. **Pay their portion of the rent, if any is due, to the owner on the first of each month.**

4. **Maintain the assisted unit in accordance with Housing Quality Standards (HQS).** The participant is responsible for keeping the unit in compliance with HQS, including maintaining appliances, paying utility bills, and ensuring continuous utility service that the owner is not required to provide under the lease and HAP contract.

5. **Follow HACA's policy regarding guests.** A guest is defined as a person who temporarily stays in the assisted unit with consent of a household or other adult member. A guest may visit a family in the assisted unit for a total of 30 consecutive days or a total of 90 cumulative days during a calendar year. If the owner's lease defines a shorter time frame for guests, the time frame listed on the lease prevails.

6. **Provide any information requested by HACA, by the stated due date, that is necessary for use in administering the program, including regularly scheduled annual re-certification or interim re-certifications of family income and composition.**

7. **Allow HACA to inspect the assisted unit at reasonable times and after reasonable notice.**

8. **Attend scheduled annual re-certification or other scheduled appointments.**

9. **Notify HACA in writing within 30 days of occurrence of any required changes in family income and composition.** Families are required to report *new* sources of earned and unearned income and all changes in family composition. When reporting a decrease in income, any new sources of income which have occurred must also be reported.

10. **For VASH Participants only:** Participate in HUD-VASH case management provided by the VA.



# HOUSING AUTHORITY OF THE CITY OF AUSTIN

## Acknowledgement Form

The family **MUST NOT**:

1. Own or have any interest in the assisted unit.

2. Be evicted due to serious or repeated violation of the lease.

3. Damage the unit or premises (beyond ordinary wear and tear) or permit any guest to damage unit or premises.

4. Allow guests to represent the unit address as their residence address or they will be considered unauthorized occupants.

5. Engage or be involved in any type of drug related or violent criminal activity.

6. Be convicted of manufacturing or production of methamphetamines on the premises of federally assisted housing.

7. Commit fraud, bribery or other corrupt/criminal acts in connection with any Federal Housing Program.

8. Engage in abuse or a pattern of abuse of alcohol that threatens the health and safety or the right of peaceful enjoyment of the premises by other residents.

9. Flee to avoid prosecution, custody or confinement after conviction of a crime or attempt to commit a crime that is a felony or violation of probation or parole under federal or state law.

10. Breach an agreement to repay HACA or another Housing Authority for an overpayment in connection with the Project-Based Voucher or Mod-Rehab SRO program.

11. Receive assistance from HACA while receiving another housing subsidy under any duplicative federal, state or local housing assistance programs (as determined by HUD).

12. Engage in or threaten abusive or violent behavior towards HACA personnel.

13. Be subject to a lifetime registration requirement under a state sex offender registration program. HACA permanently prohibits admission to the Project Based Voucher Program and Mod-Rehab SRO Program if any member of the household is subject to this requirement.

14. Currently owe monies back to HACA, unless the family has a repayment agreement and is complying with its terms.

I certify that I have read and understand the rules and regulation of the Housing Choice Voucher (HCV) Program. I understand that I must follow the rules listed above in order to continue to participate in the Project-Based Voucher or Mod-Rehab SRO Program and that HACA may terminate my assistance if my family fails to comply with any of the obligations listed above.

_John R Copolu_     _John R Copolur_     _9-15-25_

| Head of Household Signature | Participant's Name | Date |

OMB Control # 2502-0581,

Form HUD – 92006 (05/09)
Exp. (07/31/2012)

## Supplemental and **Optional Contact Information** for HUD-Assisted Housing Applicants

### SUPPLEMENT TO APPLICATION FOR FEDERALLY ASSISTED HOUSING
This form is to be provided to each applicant for federally assisted housing

**Instructions: Optional Contact Person or Organization:** You have the right by law to include as part of your application for housing, the name, address, telephone number, and other relevant information of a family member, friend, or social, health, advocacy, or other organization. This contact information is for the purpose of identifying a person or organization that may be able to help in resolving any issues that may arise during your tenancy or to assist in providing any special care or services you may require. You may update, remove, or change the information you provide on this form at any time. You are not required to provide this contact information, but if you choose to do so, please include the relevant information on this form.

| | |
|---|---|
| Head of Household name: | John R. Copeland |
| Mailing Address: | 1600 E. 3rd St, Apt 2408, Austin TX 78702 |
| Telephone No: | (737) 278-8448  Cell Phone No: |

| | |
|---|---|
| Name of Additional Contact Person or Organization: | Danielle Pitts |
| Address: | Unknown |
| Telephone No: | (737) 708-0168  Cell Phone No: |
| E-Mail Address (if applicable): | |
| Relationship to Applicant: | Friend |

Reasons we can contact you and your alternate numbers: (Check all that apply)
- [x] Emergency
- [x] Unable to contact you
- [x] Termination of rental assistance
- [x] Eviction from unit
- [x] Late payment of rent
- [x] Assist with Recertification Process
- [x] Change in lease terms
- [x] Change in house rules
- [ ] Other: _____

[ ] **Check** this box if you choose NOT to provide additional contact information.

**Commitment of Housing Authority or Owner:** If you are approved for housing, this information will be kept as part of your tenant file. If issues arise during your tenancy or if you require any services or special care, we may contact the person or organization you listed to assist in resolving the issues or in providing any services or special care to you.

**Confidentiality Statement:** The information provided on this form is confidential and will not be disclosed to anyone except as permitted by the applicant or applicable law.

**Legal Notification:** Section 644 of the Housing and Community Development Act of 1992 (Public Law 102-550, approved October 28, 1992) requires each applicant for federally assisted housing to be offered the option of providing information regarding an additional contact person or organization. By accepting the applicant's application, the housing provider agrees to comply with the non-discrimination and equal opportunity requirements of 24 CFR section 5.105, including the prohibitions on discrimination in admission to or participation in federally assisted housing programs on the basis of race, color, religion, national origin, sex, disability, and familial status under the Fair Housing Act, and the prohibition on age discrimination under the Age Discrimination Act of 1975.

**The information collection requirements** contained in this form were submitted to the Office of Management and Budget (OMB) under the Paperwork Reduction Act of 1995 (44 U.S.C. 3501-3520). The public reporting burden is estimated at 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Section 644 of the Housing and Community Development Act of 1992 (42 U.S.C. 13604) imposed on HUD the obligation to require housing providers participating in HUD's assisted housing programs to provide any individual or family applying for occupancy in HUD-assisted housing with the option to include in the application for occupancy the name, address, telephone number, and other relevant information of a family member, friend, or person associated with a social, health, advocacy, or similar organization. The objective of providing such information is to facilitate contact by the housing provider with the person or organization identified by the tenant to assist in providing any delivery of services or special care to the tenant and assist with resolving any tenancy issues arising during the tenancy of such tenant. This supplemental application information is to be maintained by the housing provider and maintained as confidential information. Providing the information is basic to the operations of the HUD Assisted-Housing Program and is voluntary. It supports statutory requirements and program and management controls that prevent fraud, waste and mismanagement. In accordance with the Paperwork Reduction Act, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information, unless the collection displays a currently valid OMB control number.

**Privacy Statement:** Public Law 102-550, authorizes the Department of Housing and Urban Development (HUD) to collect all the information (except the Social Security Number (SSN)) which will be used by HUD to protect disbursement data from fraudulent actions. HUD- 92006 05/09)

| | |
|---|---|
| X _John R. Copeland_ | 8-15-25 |
| Signature of Participant | Date |

PBV Family Certification Packet.docx    Page 8 of 8    Updated on 08-14-2019