

# QUALITY CONTROL
# HEARING SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Client Name:** John Copeland | **Client No:** | **Program:** | Waiting List |
| **Address:** 1600 E 3rd St 2408<br>Austin, TX , 78702 | **Address is different in ECS:** ☐ | | |
| **Phone No:** | | | |

| | | | |
|---|---|---|---|
| **Hearing Requested Date:** 12/30/25 | **Hearing Officer:** | Cecilia Vargas |
| **Hearing Date & Time:** 1/13/2026 11:30 AM | **Hearing Status:** | Decision Upheld (Closed) |
| **Probation < 2 Years:** ☐ **Probation Period:** - | | |
| **Probation Violation(s):** | | |

**Reasonable Accommodation Requested Date:**    **Status:**
**Reasonable Accommodation Type:**
**Reasonable Accommodation Denial Reason:**
**Comments:**
**Director's Approval to Grant or Deny Reasonable Accommodation:** _____   **Date:** _____

**Decision Appealed:**   Termination of Housing Choice Voucher assistance                               **Date:**
**HACA's Basis for Decision/Violation was:**
   Unauthorized Occupant
   This action is based on the following federal laws, regulations, and/or HACA's administrative policies:
   Violation 24 CFR 982.551 (k)
   Fraud and Other Program Violation

   Regulation and/or Policy
   The members of the family must not commit fraud, bribery or any other corrupt or criminal act in connection with the programs.

**Hearing Officer's Decision:**   Uphold HACA's previous decision, which terminates your rental assistance

**Reason(s) for this decision:**   On January 26, 2026, a hearing decision was rendered confirming the termination of assistance, as the required documentation was not submitted by the specified deadline. Subsequently, technical issues were identified regarding the receipt of documentation via email. On January 28, 2026, I notified all relevant parties that our IT Department had successfully recovered the submitted email documentation. As a result, the initial hearing decision was suspended, pending a review of the newly recovered materials.

However, the documentation was determined to be irrelevant to both the termination and the hearing decision rendered on January 26, 2026, as they did not show Ms. Pitts had permission to live at the property. Therefore, I am upholding HACA's decision to terminate your rental assistance effective February 28, 2026.

**Hearing Officer's Decision Date:** 1/23/2026   **New Effective Date of Termination:** 2/28/2026

**Hearing Officer's Comments:**   HACA Staff Presenting
•Vash assistance program; termination for Unauthorized Occupant
• Requested to add Danielle Pitts she filled out add on questionnaire, she listed the clients address and stated she was living with the client.  Was not approved to be living there, and she stated she has lived there for 10 months.
•It's HACA policy when someone is being added on, they cannot not live there more than 6 months.
•LV given by property manager for unauthorized occupant.  Caretaker is banned from the property. Other LV about unauthorized occupant causing problems. Caretaker having relations in the storage room and is banned from the property. Several LV's

given; disturbances, unauthorized occupant,
•Non-renewal notice given 06/12/2025 end date 09/30/2025. Client is still in the unit. Had previous LV in past unit. Notice of non-renewal from past unit. Multiple unauthorized occupants.  3 of the last 4 units he has been given LV for unauthorized occupants.

Opposing Parties Presenting
• Garrison, elevator incident her boyfriend pushed her (caretaker) into a broom closet on property and only kissed her. False info that they were having sex.  Filled complaint of harassment against management.  They were fully dressed.
•Pitts- Manager has a personal vendetta against her. She is Copeland caretaker for about 8 years and at one point she was living there.  She was trying to get her own voucher and she was there for 7 months. She left the program when he had his stroke and he needed help 24/7.  She called his VASH caseworker, and they knew she was living there. June 2024 – January 2025, Signed the add on in October 2025.
•He went to a rehab for two weeks and she did not live there; he stayed in rehab 3 different times.  He has the doctor's note about 24/7 live in care and has asked for handicap unit and they still have not accommodated him.
•Had a voucher to relocate and are still going through that.  Pitts conversation is always We, They, Our, etc, Example:  Our mailbox keys
•Pitts stated several times they submitted paperwork to the office for an RA allowing her to live there because he needed 24/7 care.

Requested: Proof that they submitted an RA showing that she needed to live with him for 24/7 care.  Documentation is due by 01/20/2025.  There were technical issues with receiving the submitted documents, but IT recovered them.  I sent an email to all parties on 01/26/2026 suspending the decision pending further review.

**Testimony or documentation submitted to/considered by the Hearing Officer:**

**Legal Council**    Not represented by legal council:  ✔
**Name:**                                **Firm:**                                    **Phone:**
**Address:**

| **Attendees** | **Relationship** |
|---|---|
| Cecilia Vargas | HACA Staff |
| Dylan Shubitz | HACA Staff |
| John Copeland | Self |
| Danelle Pitts Caretaker | |
| Bruce Garrison advocate | |

Director of Compliance Oversight:   _____     Date:  _____



# QUALITY CONTROL
# HEARING SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Client Name:** John Copeland | | **Client No:** | **Program:** Waiting List |
| **Address:** 1600 E 3rd St 2408 Austin, TX , 78702 | | **Address is different in ECS:** ☐ | |
| **Phone No:** | | | |

| | | | |
|---|---|---|---|
| **Hearing Requested Date:** 12/30/25 | | **Hearing Officer:** | Cecilia Vargas |
| **Hearing Date & Time:** 1/13/2026 11:30 AM | | **Hearing Status:** | Decision Upheld (Closed) |
| **Probation < 2 Years:** ☐ **Probation Period:** - | | | |
| **Probation Violation(s):** | | | |

**Reasonable Accommodation Requested Date:**          **Status:**
**Reasonable Accommodation Type:**
**Reasonable Accommodation Denial Reason:**
**Comments:**
**Director's Approval to Grant or Deny Reasonable Accommodation:** _____  **Date:** _____

**Decision Appealed:**   Termination of Housing Choice Voucher assistance          **Date:**
**HACA's Basis for Decision/Violation was:**

  Unauthorized Occupant
  This action is based on the following federal laws, regulations, and/or HACA's administrative policies:
  Violation 24 CFR 982.551 (k)
  Fraud and Other Program Violation

  Regulation and/or Policy
  The members of the family must not commit fraud, bribery or any other corrupt or criminal act in connection with the programs.

**Hearing Officer's Decision:**   Uphold HACA's previous decision, which terminates your rental assistance
**Reason(s) for this decision:**   You did not submit the required documentation by the deadline of 01/20/2026 to support your testimony and challenge HACA's previous decision. As a result, since the requested documents were not provided, I have decided to uphold the termination of assistance.
**Hearing Officer's Decision Date:** 1/23/2026          **New Effective Date of Termination:** 2/28/2026
**Hearing Officer's Comments:**   HACA Staff Presenting
  •Vash assistance program; termination for Unauthorized Occupant
  • Requested to add Danielle Pitts she filled out add on questionnaire, she listed the clients address and stated she was living with the client.  Was not approved to be living there, and she stated she has lived there for 10 months.
  •It's HACA policy when someone is being added on, they cannot not live there more than 6 months.
  •LV given by property manager for unauthorized occupant.  Caretaker is banned from the property. Other LV about unauthorized occupant causing problems. Caretaker having relations in the storage room and is banned from the property. Several LV's given; disturbances, unauthorized occupant,
  •Non-renewal notice given 06/12/2025 end date 09/30/2025. Client is still in the unit.  Had previous LV in past unit. Notice of non-renewal from past unit. Multiple unauthorized occupants.  3 of the last 4 units he has been given LV for unauthorized occupants.

  Opposing Parties Presenting
  • Garrison, elevator incident her boyfriend pushed her (caretaker) into a broom closet on property and only kissed her. False info that they were having sex.  Filled complaint of harassment against management.  They were fully dressed.

•Pitts- Manager has a personal vendetta against her. She is Copeland caretaker for about 8 years and at one point she was living there. She was trying to get her own voucher and she was there for 7 months. She left the program when he had his stroke and he needed help 24/7. She called his VASH caseworker, and they knew she was living there. June 2024 – January 2025, Signed the add on in October 2025.
•He went to a rehab for two weeks and she did not live there; he stayed in rehab 3 different times. He has the doctor's note about 24/7 live in care and has asked for handicap unit and they still have not accommodated him.
•Had a voucher to relocate and are still going through that. Pitts conversation is always We, They, Our, etc, Example: Our mailbox keys
•Pitts stated several times they submitted paperwork to the office for an RA allowing her to live there because he needed 24/7 care.

Requested: Proof that they submitted an RA showing that she needed to live with him for 24/7 care. Documentation is due by 01/20/2025

**Testimony or documentation submitted to/considered by the Hearing Officer:**

**Legal Council**   Not represented by legal council: ✔
**Name:**                              **Firm:**                                    **Phone:**
**Address:**

| **Attendees** | **Relationship** |
|---|---|
| Cecilia Vargas | HACA Staff |
| Dylan Shubitz | HACA Staff |
| John Copeland | Self |
| Danelle Pitts Caretaker | |
| Bruce Garrison advocate | |

Director of Compliance Oversight: _____   Date: _____