**From:** Ruby Suarez <RSuarez@carletonms.com>
**Sent:** Tuesday, February 17, 2026 1:15 PM
**To:** Dylan Shubitz <dylans@hacanet.org>
**Cc:** Michelle Smith <msmith@carletonms.com>
**Subject:** Re: John/Johnnie Copeland - Non-Payment Eviction Appeal

> **CAUTION:** This email originated from outside of HACA. Do not click links or open attachments unless you recognize the sender and know the content is safe.

No thanks, we are moving forward with eviction. Just wanted to confirm nothing will be paid later

**RUBY SUAREZ**

**Community Manager**

**Pathways at Chalmers**

1600 East 3rd Street

Austin, TX 78702

Phone: 737.204.4848 | Fax: 512.482.8010

chalmerscourtswest.com

   



1 of 6





The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

---

**From:** Dylan Shubitz <dylans@hacanet.org>
**Sent:** Tuesday, February 17, 2026 12:57 PM
**To:** Ruby Suarez <RSuarez@carletonms.com>
**Cc:** Michelle Smith <msmith@carletonms.com>
**Subject:** RE: John/Johnnie Copeland - Non-Payment Eviction Appeal

> EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Hello,

Yes, his participation in the voucher program ends 2/28/26. The last payment was for September because that was the date of his vacate notice. If y'all and Mr Copeland agree to change the vacate date we can release additional months of payment, but I'm not sure if the eviction case would complicate that.

Thanks.

Dylan Shubitz
Director of Intake and Special Programs
Housing Authority of the City of Austin
(p) 512-767-7621
DylanS@hacanet.org
*"Bringing Opportunity Home"*

---

**From:** Ruby Suarez <RSuarez@carletonms.com>
**Sent:** Tuesday, February 17, 2026 12:02 PM
**To:** Dylan Shubitz <dylans@hacanet.org>

**Cc:** Michelle Smith <msmith@carletonms.com>
**Subject:** Fw: John/Johnnie Copeland - Non-Payment Eviction Appeal

**CAUTION:** This email originated from outside of HACA. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning,

We received a notification that Johnnie Copeland's voucher has a new termination date of 2/01/2026. Kristin told me no payment would be made effective Oct 1st, 2025. I wanted to confirm no payments will be made up until February to know how to move forward with this case.

Thank you,

**RUBY SUAREZ**
**Community Manager**
**Pathways at Chalmers**

1600 East 3rd Street
Austin, TX 78702
Phone: 737.204.4848 | Fax: 512.482.8010
chalmerscourtswest.com

  





The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

---

**From:** William Sweet <William@susterlaw.com>
**Sent:** Tuesday, February 17, 2026 11:47 AM
**To:** Ruby Suarez <RSuarez@carletonms.com>
**Cc:** Michelle Smith <msmith@carletonms.com>; Rachel Blakeley <Rachel@susterlaw.com>

**Subject:** RE: John/Johnnie Copeland - Non-Payment Eviction Appeal

> EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Thank you, Ruby. I assume HACA is sticking with its decision not to pay the rent for the months from October or thereafter? Assuming that is the case, we can either appear in the non-payment case and see if we can obtain a judgment for non-payment of rent (this assumes all the proper notices were give before the eviction was filed). Or we can hold off on doing anything (if we think HACA may pay or we are concerned about proceeding to trial for non-payment), and pursue the eviction for holding over when the time comes. Let me know what you would like us to do.

Thank you,

William Sweet, Attorney

THE SUSTER LAW GROUP, PLLC

1316 Village Creek Drive, Suite 500
Plano, TX 75093
(972)380-0130
(972)380-4517 Fax
william@susterlaw.com / office@susterlaw.com (office e-mail)
PERSONAL AND CONFIDENTIAL:
The information contained in the electronic mail message is legally privileged and confidential information intended only for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone (972) 380-0130 and delete the message and any copies and attachments. Thank You.

**From:** Ruby Suarez <RSuarez@carletonms.com>
**Sent:** Tuesday, February 17, 2026 10:53 AM
**To:** William Sweet <William@susterlaw.com>
**Cc:** Michelle Smith <msmith@carletonms.com>
**Subject:** Re: John/Johnnie Copeland Appeal

Forgot to mention that no payment was made from HACA 2/15

**RUBY SUAREZ**

**Community Manager**

**Pathways at Chalmers**
1600 East 3rd Street

Austin, TX 78702

Phone: 737.204.4848 | Fax: 512.482.8010

[chalmerscourtswest.com](chalmerscourtswest.com)

  





The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

---

**From:** Ruby Suarez
**Sent:** Tuesday, February 17, 2026 10:51 AM
**To:** William Sweet <william@susterlaw.com>
**Cc:** Michelle Smith <msmith@carletonms.com>
**Subject:** John/Johnnie Copeland Appeal

Good Morning,

Please see the attached documents for Johnnie Copeland from Nationwide. They notified that there is a new document, I believe it is page 36, the Notice of Appeal

**RUBY SUAREZ**
**Community Manager**
**Pathways at Chalmers**
1600 East 3rd Street
Austin, TX 78702
Phone: 737.204.4848 | Fax: 512.482.8010
[chalmerscourtswest.com](chalmerscourtswest.com)

   



The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

CONFIDENTIALITY NOTICE: This email is for the use of the intended recipient(s) only and may contain confidential information. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email.
CONFIDENTIALITY NOTICE: This email is for the use of the intended recipient(s) only and may contain confidential information. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email.