# Housing Authority of the City of Austin

1124 South IH 35, Austin, TX 78704     (512) 477-1314   Fax (512) 494-0686

JOHN COPELAND      Date: 9/25/2025
1600 E 3RD ST #2408
Austin, TX    78702

**Not for shortfall**

## RENT ESTIMATE MAXIMUM APPROVABLE CONTRACT RENT

Voucher **1** bed or larger,     For transfers effective on and after this date: **6/1/2025**

**SINGLE FAMILY DETACHED / SEMI-DETACHED / DUPLEX / MANUFACTURED HOME (HOUSE or DUPLEX)**
- All ELECTRIC Utilities paid by Tenant: Max Rent **$1,945**   Tenant Rent **$672**
- All GAS Utilities paid by Tenant: Max Rent **$1,922**   Tenant Rent **$649**

**ROWHOUSE / TOWNHOUSE / LOW RISE APARTMENT (4+) (APARTMENT OR TOWNHOUSE)**
- All ELECTRIC Utilities paid by Tenant: Max Rent **$1,956**   Tenant Rent **$684**
- All GAS Utilities paid by Tenant: Max Rent **$1,923**   Tenant Rent **$651**

**HIGH RISE APARTMENT (5+) (APARTMENT w/ Elevator)**
- All ELECTRIC Utilities paid by Tenant: Max Rent **$1,969**   Tenant Rent **$697**
- All GAS Utilities paid by Tenant: Max Rent **$1,939**   Tenant Rent **$667**

### [ Income and Deductions ]

**Gross Annual Income:**
| # | Amount | Description |
|---|--------|-------------|
| 1) | $16,728 | VA PENSION |
| 2) | $11,568 | SOCIAL SECURITY |
| 3) | $0 | Income Descriptions |
| 4) | $0 | Income Descriptions |
| 5) | $0 | Income Descriptions |
| 6) | $0 | Assets |
| | **$28,296** | = Total Gross Annual Income |

**Reported Deductions and Allowances:**
| # | Amount | Description |
|---|--------|-------------|
| 1) | 0 | No. of Dependents (under 18 years) or Disabled adult dependents or Fulltime Students over 18 |
| 2) | $0 | Childcare Expenses |
| 3) | $0 | Household Disability Allowance |
| 4) | $0 | Total Medical Expenses |
| 5) | $0 | Total Disability Expenses |
| | $0 | = Total Eligible Deductions and Allowances |

* Eligible Voucher Size ................. 1
* Payment Standard Used ............... VAS25   6/1/2025
* Payment Standard ................... $1,980   120%
* % of Subsidy/ Prorated ................. 100%
* Utilities Effective ....................... 6/1/2025

By signing below I am certifying that I understand and agree to the following:

1. This is **ONLY AN ESTIMATE** of the highest total contract rent we may approve and the highest rent portion you can pay. The unit type and utility responsibilities may change this estimate and increase the approvable rent and your rent portion.
2. **CHANGES** to the household income or family composition may change this estimate. HACA will provide an updated rent estimate form only after the change has been verified.
3. We use **VERIFIED** income to approve the RFTA and inspection, not this estimate.
4. If you own a refrigerator or stove or if utilities are a combination of gas and electric the estimate will change. If any utility bill is paid by the owner your rent portion estimate is subject to increase.
5. Be prepared to pay **AT LEAST** the estimate rent portion upon move in until notified by the Housing Authority.
6. If you report a decrease in income after an inspection has been requested, you are required to pay the rent portion as indicated BEFORE the change.
7. Increases in income reported, discovered or verified prior to generating a new HAP contract will be applied immediately. The rent portions provided in this notice are only estimates and are NONBINDING. Your final rent portion will be provided after move in.

x _John Copeland_      9/26/25
Signature      Date

**EXHIBIT B-3**

| Voucher | U.S. Department of Housing | OMB No 2577-0169 |
|---|---|---|
| Housing Choice Voucher Program | and Urban Development | (exp 07/31/2022) |
| | Office of Public and Indian Housing | |

Public Reporting Burden for this collection of information is estimated to average 0.05 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number. Assurances of confidentiality are not provided under this collection. This collection of information is authorized under Section 8 of the U.S. Housing Act of 1937 (42 U.S.C. 1437f). The information is used to authorize a family to look for an eligible unit and specifies the size of the unit. The information also sets forth the family's obligations under the Housing Choice Voucher Program.

**Privacy Act Statement.** The Department of Housing and Urban Development (HUD) is authorized to collect the information required on this form by Section 8 of the U.S. Housing Act of 1937 (42 U.S.C. 1437f). Collection of family members' names is mandatory. The information is used to authorize a family to look for an eligible unit and specifies the size of the unit. The information also sets forth the family's obligations under the Housing Choice Voucher Program. HUD may disclose this information to Federal, State and local agencies when relevant to civil, criminal, or regulatory investigations and prosecutions. It will not be otherwise disclosed or released outside of HUD, except as permitted or required by law. Failure to provide any of the information may result in delay or rejection of family voucher issuance.

Please read **entire** document before completing form. Fill in all blanks below. Type or print clearly.

Voucher Number: **VASH**

1. Insert **unit size** in number of bedrooms. (This is the number of bedrooms for which the Family qualifies, and is used in determining the amount of assistance to be paid on behalf of the Family to the owner.)

   Unit Size: **1**

2. **Date Voucher Issued (mm/dd/yyyy)** Insert actual date the Voucher is issued to the Family.

3. **Date Voucher Expires (mm/dd/yyyy)** must be at least sixty days after date issued. Voucher is issued. (See Section 6 of this form.)

4. **Date Extension Expires** (if applicable)(mm/dd/yyyy) (See Section 6. of this form)

5. Name of Family Representative: **John Copeland**

6. Signature of Family Representative: [signed]

   Date Signed: **9-25-25**

7. Name of Public Housing Agency (PHA): **HACA**

8. Name and Title of PHA Official: **Kristin Pedersen - VASH**

9. Signature of PHA Official: **HACA\kristinp**

   Date Signed: **09/25/2025**

### 1. Housing Choice Voucher Program

A. The public housing agency (PHA) has determined that the above named family (item 5) is eligible to participate in the housing choice voucher program. Under this program, the family chooses a decent, safe and sanitary unit to live in. If the owner agrees to lease the unit to the family under the housing choice voucher program, and if the PHA approves the unit, the PHA will enter into a housing assistance payments (HAP) contract with the owner to make monthly payments to the owner to help the family pay the rent.

B. The PHA determines the amount of the monthly housing assistance payment to be paid to the owner. Generally, the monthly housing assistance payment by the PHA is the difference between the applicable payment standard and 30 percent of monthly adjusted family income. In determining the maximum initial housing assistance payment for the family, the PHA will use the payment standard in effect on the date the tenancy is approved by the PHA. The family may choose to rent a unit for more than the payment standard, but this choice does not change the amount of the PHA's assistance payment. The actual amount of the PHA's assistance payment will be determined using the gross rent for the unit selected by the family.

### 2. Voucher

A. When issuing this voucher the PHA expects that if the family finds an approvable unit, the PHA will have the money available to enter into a HAP contract with the owner. However, the PHA is under no obligation to the family, to any owner, or to any other person, to approve a tenancy. The PHA does not have any liability to any party by the issuance of this voucher.

B. The voucher does not give the family any right to participate in the PHA's housing choice voucher program. The family becomes a participant in the PHA's housing choice voucher program when the HAP contract between the PHA and the owner takes effect.

C. During the initial or any extended term of this voucher, the PHA may require the family to report progress in leasing a unit at such intervals and times as determined by the PHA.

### 3. PHA Approval or Disapproval of Unit or Lease

A. When the family finds a suitable unit where the owner is willing to participate in the program, the family must give the PHA the request for tenancy approval (on the form supplied by the PHA), signed by the owner and the family, and a copy of the lease, including the HUD-prescribed tenancy addendum. **Note: Both documents must be given to the PHA no later than the expiration date stated in item 3 or 4 on top of page one of this voucher.**

B. The family must submit these documents in the manner that is required by the PHA. PHA policy may prohibit the family from submitting more than one request for tenancy approval at a time.

The lease must include, word-for-word, all provisions of the tenancy addendum required by HUD and supplied by the PHA. This is done by adding the HUD tenancy addendum to the lease used by the owner. If there is a difference between any provisions of the HUD tenancy addendum and any provisions of the owner's lease, the provisions of the HUD tenancy addendum shall control.

D. After receiving the request for tenancy approval and a copy of the lease, the PHA will inspect the unit. The PHA may not give approval for the family to lease the unit or execute the HAP contract until the PHA has determined that all the following program requirements are met: the unit is eligible; the unit has been inspected by the PHA and passes the housing quality standards (HQS); the rent is reasonable; and the landlord and tenant have executed the lease including the HUD-prescribed tenancy addendum.

E. If the PHA approves the unit, the PHA will notify the family and the owner, and will furnish two copies of the HAP contract to the owner.

1. The owner and the family must execute the lease.
2. The owner must sign both copies of the HAP contract and must furnish to the PHA a copy of the executed lease and both copies of the executed HAP contract.
3. The PHA will execute the HAP contract and return an executed copy to the owner.

F. If the PHA determines that the unit or lease cannot be approved for any reason, the PHA will notify the owner and the family that

1. The proposed unit or lease is disapproved for specified reasons, and
2. If the conditions requiring disapproval are remedied to the satisfaction of the PHA on or before the date specified by the PHA, the unit or lease will be approved.

### 4. Obligations of the Family

A. When the family's unit is approved and the HAP contract is executed, the family must follow the rules listed below in order to continue participating in the housing choice voucher program

B. The family must:
1. Supply any information that the PHA or HUD determines to be necessary including evidence of citizenship or eligible immigration status, and information for use in a regularly scheduled reexamination or interim reexamination of family income and composition
2. Disclose and verify social security numbers and sign and submit consent forms for obtaining information
3. Supply any information requested by the PHA to verify that the family is living in the unit or information related to family absence from the unit
4. Promptly notify the PHA in writing when the family is away from the unit for an extended period of time in accordance with PHA policies
5. Allow the PHA to inspect the unit at reasonable times and after reasonable notice
6. Notify the PHA and the owner in writing before moving out of the unit or terminating the lease
7. Use the assisted unit for residence by the family. The unit must be the family's only residence
8. Promptly notify the PHA in writing of the birth, adoption, or court-awarded custody of a child
9. Request PHA written approval to add any other family member as an occupant of the unit
10. Promptly notify the PHA in writing if any family member no longer lives in the unit. Give the PHA a copy of any owner eviction notice
11. Pay utility bills and provide and maintain any appliances that the owner is not required to provide under the lease

C. Any information the family supplies must be true and complete

D. The family (including each family member) must not:
1. Own or have any interest in the unit (other than in a cooperative, or the owner of a manufactured home leasing a manufactured home space)
2. Commit any serious or repeated violation of the lease
3. Commit fraud, bribery or any other corrupt or criminal act in connection with the program
4. Engage in drug-related criminal activity or violent criminal activity or other criminal activity that threatens the health, safety or right to peaceful enjoyment of other residents and persons residing in the immediate vicinity of the premises
5. Sublease or let the unit or assign the lease or transfer the unit

6. Receive housing choice voucher program housing assistance while receiving another housing subsidy, for the same unit or a different unit under any other Federal, State or local housing assistance program.

7. Damage the unit or premises (other than damage from ordinary wear and tear) or permit any guest to damage the unit or premises.

8. Receive housing choice voucher program housing assistance while residing in a unit owned by a parent, child, grandparent, grandchild, sister or brother of any member of the family, unless the PHA has determined (and has notified the owner and the family of such determination) that approving rental of the unit, notwithstanding such relationship, would provide reasonable accommodation for a family member who is a person with disabilities.

9. Engage in abuse of alcohol in a way that threatens the health, safety or right to peaceful enjoyment of the other residents and persons residing in the immediate vicinity of the premises.

### 5. Illegal Discrimination

If the family has reason to believe that, in its search for suitable housing, it has been discriminated against on the basis of age, race, color, religion, sex, disability, national origin, or familial status, the family may file a housing discrimination complaint with any HUD Field Office in person, by mail, or by telephone. The PHA will give the family information on how to fill out and file a complaint.

### 6. Expiration and Extension of Voucher

The voucher will expire on the date stated in item 3 on the top of page one of this voucher unless the family requests an extension in writing and the PHA grants a written extension of the voucher in which case the voucher will expire on the date stated in item 4. At its discretion, the PHA may grant a family's request for one or more extensions of the initial term.