

# Housing Authority of the City of Austin

| | |
|---|---|
| **Title:** | HOUSING CHOICE VOUCHER PROGRAM (HCV) HOUSEHOLD ADD-ON PROCEDURE |
| **Policy:** | This procedure details the process to add a person to a current household. |
| **Purpose:** | To standardize the process of adding a person to an existing Housing Choice Voucher program lease. |
| **Scope:** | This procedure applies to all tenant families in the Housing Choice Voucher Program that choose to add-on a family member(s). |

**Effective Date:** 07-14-2022

1. **INITIAL REQUEST TO ADD A PERSON TO THE HOUSEHOLD**
   1.1. When the client comes in to request to have a family member or a live-in aide added to their current HCV lease, The receptionist will hand out the following packet;
      1.1.1. **Form 171A** - Fact Sheet on "Who May Be Added to Your Household"
      1.1.2. **Form 171E** - Steps to Add Someone to Your HCV Household.
      1.1.3. **Form 035** - Update form
   1.2. Client should review the FACT sheet prior to requesting an add-on appointment to determine if their intended add on is eligible.
   1.3. Clients are instructed to collect the necessary documentation as detailed on the add-on packet and wait for an appointment to be scheduled.
      1.3.1. Reimbursement of criminal history records are handled by the receptionist and paid only upon submission of a receipt.
   1.4. Add-ons for newborns in the household do not require a checklist or approval by the Compliance Manager. Staff should request a birth certificate and social security card for the file. Staff should also have a citizenship form filled out by the parent or Head of Household.

2. **Documentation**
   2.1. **HCV's Interim Update form.**
   2.2. **Authorization to Release Criminal Background Info form**
      2.2.1. Client is no longer required to obtain criminal background report from DPS.
      2.2.2. Elite can pull this information
   2.3. **Texas Public Sex Offender Registry check**
      2.3.1. Search the website for the person being added.
   2.4. **Birth certificates** for all persons being added.
      2.4.1. **Other documentation Is permitted. See 7-II.A. VERIFICATION OF LEGAL IDENTITY**
   2.5. **Social Security Cards** for all persons being added or a receipt to prove they have applied for one.
   2.6. **Income Documentation for household for all persons** being added:
      2.6.1. Do not search OAG website until the client is approved and has signed form 1825
   2.7. A **letter** from the head of household's Property Management / Landlord agreeing to add family members. This letter is not necessary if the add-on will not reside with the Head of Household until an upcoming move.
   2.8. **EIV Existing Tenant Search**
      2.8.1. Check for Dual Subsidy by searching for the client in EIV. If the client is housed in another unit they cannot be added until a move out if verified and documented.
   2.9. **Current proof of citizenship /immigration documentation,**

**2.10.** **For minors who are not the head of household's children, the head of household must provide:**

2.10.1.  (1) A court order establishing custody; **or**

2.10.2.  (2) Proof that the adult is receiving income for the child; **or**

2.10.3.  (3) Records from the school or medical records which establish the unit as the child's residence; **or**

2.10.4.  (4) Records from a non-profit or government agency providing services to the child which establish the unit as the child's residence; **or**

2.10.5.  (5) A custodial affidavit or unsworn declaration from at least one of the parents authorizing the head of household to maintain custody of the minor **and** one of the documents from items identified in 1-4 above; **or**

2.10.6.  (6) Records or a letter from the Texas Department of Family and Regulatory Services indicating current placement of the child with the head of household when the child is a blood relative of the head of household. **For a Live-in Aide Only: Please provide documentation from a physician to indicate the need for a live-in aide is required.**

2.11.  **For a blood related adult (except for head of household's children)** – require legal guardianship paperwork, proof of disability or age (62 or older), or a letter from a doctor

2.12.  **Form 171C – Add on Questionnaire (for Adults Only)**

2.13.  **Citizenship 214 form -** (provided by HACA)

2.14.  **HUD 52675 - Debts owed form –** for each adult. - (provided by HACA)

2.15.  **OAG - 1825 - Child Support authorization form –** for each adult. - (provided by HACA)

2.16.  **HUD - 9886 – consent form**

2.17.  **VAWA Acknowledgement form**

**3.**  **Add-on procedure as an Interim**

3.1.  When the Eligibility Specialist receives the update form requesting to add a family member, an appointment will be scheduled in the appointment scheduler to the tenant using form **171A - Add On Appointment Notice**.

3.2.  The tenant is required to gather the information listed on the request form and bring to the appointment.

3.3.  On the date of the appointment, the Eligibility Specialist will receive and verify all the information listed on the request form.  All add-ons are considered as new applicants.

3.4.  The head of household will complete form **035 update form**.

3.5.  Persons 18 or older will complete form **171C - Addon Questionnaire**.

3.6.  Check for **duplicate subsidy** assistance in **EIV existing tenant** search feature.

3.6.1. If no match found (no duplication of assistance) then a print out of the EIV existing tenant search report is placed on the right side of the file along with the add-on documents.

3.6.2. If there is a match found, the add-on is be denied until the proof of move out is provided of the currently occupied assisted unit.

3.7.  The Eligibility Specialist will run the **criminal history report** in ELITE after Authorization to Release Criminal Background Information form is signed by prospective add-on, unless add-on is an ineligible noncitizen.

3.7.1. For ineligible non-citizens (non-contending) an **FBI criminal history report** is requires. (HES should contact the Admissions Manager or Admissions Coordinator to schedule appointment to run FBI check for prospective add-on.)

**3.8.**  **For eligible applicants, Eligibility Specialist will complete data entry in Elite Resident Processing.**

3.8.1. Search for Head of Household. Open working certification. Enter prospective add-on's information into the family composition screen – name, SSN, DOB, gender and other demographic information.

3.8.2. Click "Background Check." On the OIS Background Check window, select "Online – Criminal Search Only – Tenant Screening." Check box next to "Add Criminal Search." Select "National." Click "Do Background Check."

3.8.3. On web browser pop up window, click "View" to display results. Then click on "Show All" to expand search results.

3.8.4. Print all results.

3.9.  The Eligibility Specialist will review all the information presented and submit the file to the Compliance Manager for approval.

**4.**  **Add-ons at the Annual Recertification**

4.1.  If at the time of an annual review, the client requests to add someone to their household, and they don't have all the required documents, the Eligibility Specialist should provide the Add on Fact Sheet, schedule via the electronic scheduler, and provide an appointment letter **171A - Add On Appointment Notice**.

4.2.  If the family member has all required information with them, the Eligibility Specialist may gather the information and proceed with the add-on process.

4.3.  The Eligibility Specialist reviews the following in making a determination of whether to approve or deny an add-on.

4.3.1. Form **171B - Fact Sheet** on "Who May Be Added to Your Household",

4.3.2. Form **171E - Steps To Add Someone To Lease**, and

4.3.3. The Administration Plan chapters 3, Eligibility and chapters 11, Interims.

4.4.  The Eligibility Specialist will check for duplicate subsidy assistance in EIV, by using the existing tenant search function.

4.4.1. If there is no match found (no duplication of assistance) then a print out of the EIV existing tenant search report will be placed on the right side of the file along with the add-on documents.

4.4.2. If there is a match found, the add-on should be denied until the proof of move out is provided of the currently occupied assisted unit.

4.5. The Eligibility Specialist will run the criminal history report in ELITE after Authorization to Release Criminal Background Information form is signed by prospective add-on, unless add-on is an ineligible noncitizen.

4.5.1. For ineligible non-citizens (non-contending) an FBI criminal history report will still need to be run. (HES should contact the Admissions Manager or Admissions Coordinator to schedule appointment to run FBI check for prospective add-on.)

4.5.2. For eligible applicants, HES will complete data entry in Elite Resident Processing.

4.5.2.1. Search for Head of Household. Open working certification. Enter prospective add-on's information into the family composition screen – name, SSN, DOB, gender and other demographic information.

4.5.2.2. Click "Background Check." On the OIS Background Check window, select "Online – Criminal Search Only – Tenant Screening." Check box next to "Add Criminal Search." Select "National." Click "Do Background Check."

4.5.2.3. On web browser pop up window, click "View" to display results. Then click on "Show All" to expand search results.

4.5.2.4. Print all results.

4.6. If the HCV Eligibility Specialist determines the add-on is complete, they will submit form **171D - Addon Supervisor Request** to the Compliance Manager.

4.7. *If the add-on has been residing in unit for more than 30 days but less than 6 months (with landlord approval), calculate retro rent payments based on the length of unauthorized occupancy. If living in unit for more than 6 months unauthorized, deny add on and submit for termination.*

4.8. The Compliance Manager will review and approve the add-on or any upgrade in bedroom size based on the subsidy standards.

4.9. The Compliance Manager will shred the criminal background report after review and approval.

4.10. The file will be returned to the Eligibility Specialist to complete the interim in Elite and notify the tenant of any changes in subsidy or bedroom size.

4.11. When entering an add-on in Elite, staff shall enter the complete first name, middle initial (not complete middle name) and the last name per the Social Security Card.

4.12. If a client has multiple last names **and they sign with multiple last names** (for example, if their name is Helen Marie Ramos Gutierrez, and they sign their last name as Ramos Gutierrez), then the last name shall be entered as Ramos Gutierrez.

4.13. If a client has multiple last names but they sign with just one last name, then the last name from the social security card shall be entered (for example, if their name is Helen Marie Ramos Gutierrez and they sign Helen Gutierrez, staff would enter Helen M Gutierrez).

4.14. If a client has a hyphenated last name, then the complete hyphenated last name will be entered in Elite.

## Ineligible Add-ons

4.15. No Show or Failure to Respond

4.16. If a client does not attend the scheduled appointment, or does not provide the required paperwork at the appointment, they will be rescheduled for a 2nd appointment using the Elite form "Rescheduled Appointment".

4.17. Failure to attend the 2nd appointment or provide the required information will result in the add on being incomplete. The client will not be allowed to request to add the person on for 12 months from the date of the incomplete letter. The ES should send the following;

4.17.1. ES sends Elite form Family composition form

4.17.2. ES sends form **171G - Incomplete Add on Letter**

4.17.3. ES 14-day notice (Attachment H) 14-day notice should request a copy of a lease.

4.18. If the requested information is not returned within 14-days. Process for termination for failure to provide requested information.

4.19. If the add-on being proposed is for temporary custody (and the custody paperwork indicates the custody will be for less than a year) the Compliance Manager will mail out an approval letter stating the add-on is temporary. We will not upgrade the client or key them in Elite, the temporary approval is just to notify client we are aware of the situation.

5. **Other Denials (Criminal History, Debt, etc. see Chapter 12 of the Section 8 Admin Plan)**

5.1. If the applicant is denied for criminal history or any other denial, the **Compliance Manager will complete the denial**, and then submit to Director for approval. The Director will review and send out the denial letter.

5.2. A copy of the denial letter will be added to the file, the Director will return the file to the ES

5.3. If an informal hearing requested, the Director will schedule an informal hearing.

5.4.  If the tenant and the add-on applicant are reinstated, a letter will be sent to the tenant, copied to the file and the file will be given back to the Eligibility Specialist to complete the interim process. (see 3.3)

5.5.  If the denial of the add-on is upheld, a letter will be sent to the tenant, copied to the file.

5.6.  ES sends Elite Family Composition form.

**EIV : Existing Tenant Search function**



## Interims – Addition to Family Composition



7



# Housing Authority of the City of Austin

*Established in 1937*

**Authorization to Release Criminal Background Information**

I hereby authorize the Housing Authority of the City of Austin (HACA) to conduct a criminal background check. In connection with this, I also authorize the use of law enforcement agencies and/or private background check organizations to assist HACA in collecting this information.  Online Rental Exchange has been secured as a third party vendor to assist HACA in collecting and verifying information.

I also am aware that records of arrests on pending charges and/or convictions are not an automatic denial for admission into the program.

Full Legal Name:_____
                    First              Middle           Last

Other Names You Have Used: _____

Current Address:_____

Previous Address (most recent):_____

Date of Birth:_____      Gender:  Female_____Male_____
               Month / Day / Year

Social Security Number:_____

Driver's License #_____      State of Driver's License:_____

To the best of my knowledge, the information provided in this Authorization is true and complete.  I understand that any falsification or omission of information may disqualify me for HACA's housing assistance programs.  By signing below I hereby provide my authorization to HACA to conduct a criminal background check.

_____      _____
Signature                                                                                      Date