

# Housing Authority of the City of Austin

1124 South IH 35, Austin, TX 78704
Ph (512) 477-1314   Fax (512) 494-0686
www.hacanet.org

Johnny Copeland  
1600 E 3rd St #2408  
Austin, TX 78702

Date: 12/19/2025  
Entity ID: _____

**Notice of Denial Regarding Request to Add a Family Member to Housing Choice Voucher Household**

Dear Mr. Copeland

Please be advised that your application to add **Danielle Pitts** to your household under the Housing Choice Voucher Program is being rejected. The applicant has been determined to be ineligible because:

| # | | |
|---|---|---|
| 1. | ☐ | The applicant was evicted from public housing or a Section 8 Program during the last five years because of drug-related criminal activity. |
| 2. | ☐ | The applicant owes a debt to HACA in the amount of $ _____. There is a four-year statute of limitations that ends the latter of: a) Four years from the date the debt became delinquent, or b) Four years from the date the final payment would have been due if a repayment agreement was signed by the former tenant. |
| 3. | ☐ | Your family composition does not meet the requirements stipulated in HACA policy. (see attached) |
| 4. | ☐ | The applicant was terminated from the Housing Choice Voucher Program during the last three years. |
| 5. | ☐ | The applicant has any record of being convicted of manufacturing or producing methamphetamine on the premises of federally assisted housing in violation of any Federal or State law. |
| 6. | ☐ | The household member is subject to a lifetime registration requirement under a state sex offender registration program. |
| 7. | ☐ | The applicant has committed one of the following types of conduct regardless of the date: (1) capital murder, (2) murder/ manslaughter, (3) kidnapping, (4) child molestation, or (5) rape or crimes of a sexual nature. (6) incest, (7) gross lewdness, (8) arson |
| 8. | ☐ | The applicant has committed drug-related criminal activity within the last four years. The term "drug related criminal activity" means the illegal manufacture, sale, distribution, or use of a drug, or the possession with the intent to manufacture, sell, distribute or use the drug. |
| 9. | | The applicant has committed one of the following types of conduct within the past four years: (1) Illegal possession/ discharge/ display/ carrying of firearm or illegal weapon/ deadly weapon; (2) assault, aggravated assault, assault by threat, stalking; and (3) physical violence to persons or property, or criminal activity that has as one of its elements the use, attempted use, or threatened use of physical force against the person or property of another. Currently engaged in is defined as any use of illegal drugs during the previous six months. |
| 10. | ☐ | The applicant has displayed a pattern of continuing conduct/acts, regardless of type or severity which may interfere with the health, safety, or right to peaceful enjoyment of the premises by others. |
| 11. | ☐ | The applicant has recent or a pattern of past conduct within the past year reflecting the use and/or possession of illegal controlled substances. |
| 12. | ☐ | Any household member is currently engaged in, has engaged in, or has a pattern defined as three or more incidences of any of the following within the last 3 years : (1) A pattern of abuse of alcohol, including, but not limited to, public intoxication and driving while intoxicated, (2) A pattern of fraud committed against a governmental entity, (3) A pattern of theft or fraud, (4) A pattern of organized criminal activity, (5) A pattern of prostitution |



EXHIBIT D-3



# Housing Authority of the City of Austin

1124 South IH 35, Austin, TX 78704
Ph (512) 477-1314   Fax (512) 494-0686
www.hacanet.org

| | | |
|---|---|---|
| 13. | ☐ | **If any household member is currently engaged in, or has engaged in any of the following criminal activities, within the past four years, the family will be denied admission:**<br>(1) Drug-related criminal activity, defined by HUD as the illegal manufacture, sale, distribution or use of a drug or the possession of a drug with intent to manufacture, sell distribute or use the drug [24 CFR 5.100].<br>(2) Violent criminal activity, defined by HUD as any criminal activity that has as one of its elements the use, attempted use or threatened use of physical force substantial enough to cause, or be reasonably likely to cause, serious bodily injury or property damage [24 CFR 5.100]. (3) Illegal possession/discharge/display/carrying of firearm or illegal weapon/ deadly weapon. (4) Assault, aggravated assault, assault by threat, stalking.<br>(5) Physical violence to persons or property, or criminal activity that has as one of its elements the use, attempted use or threatened use of physical force against the person or property of another. (6) Criminal activity that may threaten the health, safety, or right to peaceful enjoyment of the premises by other residents or persons residing in the immediate vicinity; or  (7) Criminal activity that may threaten the health or safety of HACA staff, contractors, subcontracts or agents. (8) Three or more arrests or convictions of alcohol-related criminal activity, including Driving under the Influence and Public Intoxication. (9) Burglary of a habitation. |
| 14. | ☐ | **The applicant has threatened abuse or violent behavior towards HACA personnel.** Abusive or violent behavior towards HACA personnel includes verbal as well as physical abuse or violence. Use of racial epithets, or other language, written or oral, that is customarily used to intimidate may be considered abusive or violent behavior. Threatening refers to oral or written threats or physical gestures that communicate intent to abuse or commit violence. |
| 15. | ☐ | HACA will not approve requests for additions to family composition where the request intends to provide housing assistance to **extended families or multiple households**. These persons would need to apply for public housing or Section 8 housing, when the wait list(s) is open, and secure their own affordable housing. |
| 16. | ☑ | **Other:**<br>Danielle Pitts has been living in unit for 10 months per the completed add-on questionnaire. Per HACA policy, if living in unit for more than 6 months unauthorized, add-on will be denied.<br><br>Specifically according to: Add-on is considered an unauthorized occupant |

Please be advised that your request has been denied for the reasons specified above. Please be advised that should you disagree with the determination, you have the right **within 10 calendar days from the date of this letter** to request an informal hearing. **Your request for an informal hearing must be in writing and must be received by 5:00 p.m. on the tenth calendar day.**  Failure to request an informal hearing as provided above will result in the denial becoming final.

Sincerely,

_____

Director of Housing Choice Voucher Program or
Director of Intake and Special Programs