

# Housing Authority of the City of Austin

Established in 1937

## TERMINATION OF HOUSING CHOICE VOUCHER RENTAL ASSISTANCE

Pathways at Chalmers Courts West LP
1600 East 3rd St
leasing office
Austin, TX 78702

December 29, 2025
Client No: 110533
Vendor No: 229723
Voucher No: 113371

John R Copeland
1600 E 3rd St 2408
Austin, TX 78702

Dear Pathways at Chalmers Courts West LP:

This is to inform you that the tenant referenced above has been terminated from the Housing Choice Voucher Program. The tenant's effective termination from the program is 1/31/2026.

The Housing Authority will discontinue rental assistance payments and the tenant will be responsible for paying the full rent after 1/31/2026.

The tenant has been notified of the termination and has the right to appeal the termination in writing within fifteen (15) days of the date of this letter. If your tenant appeals the termination, rental assistance payments may be extended until the informal hearing decision is made. You will be notified in writing regarding the final decision.

Please feel free to call if you have any questions at (512) 477-1314 ext 1302.

Sincerely,

Dylan Shubitz
Director of Special Programs



EXHIBIT
E



# Housing Authority of the City of Austin

Established in 1937

## NOTICE OF HOUSING ASSISTANCE TERMINATION

John Copeland
1600 E 3rd St 2408
Austin, TX 78702

December 29, 2025
Client No: 110533
Voucher No:

Dear John Copeland,
This notice is being sent to you because we have terminated your Housing Choice Voucher (HCV) assistance effective January 31, 2026 . Your subsidy will terminate effective January 31, 2026.

We have reason to believe that there was a violation of the federal law, regulation, and/or the Housing Authority of the City of Austin's (HACA) administrative policy as stated below.
•**Unauthorized Occupant**

This action is based on the following federal laws, regulations, and/or HACA's administrative policies:
> **Violation 24 CFR 982.551 (k)**
> **Fraud and Other Program Violation**
>
> **Regulation and/or Policy**
> *The members of the family must not commit fraud, bribery or any other corrupt or criminal act in connection with the programs.*

If you disagree with this intended action, you have the right to appeal this decision by requesting an informal hearing. Your request for an informal hearing may be made in writing and submitted to HACA via first class mail, email or in person no later than January 13, 2026.

If your informal hearing request is submitted by the deadline, your housing choice voucher assistance may continue until a hearing decision is made. You will be sent an Informal Hearing Notification letter with the date and time of your hearing.

If we do not receive an informal hearing request by the deadline, all rights to appeal this decision will be forfeited.

Should you have any questions, you may contact us at 512-477-1314.

Sincerely,

Dylan Shubitz
Director of Special Programs

1124 S IH 35, Austin, TX. 78704 ~ (512) 477-1314 ~ Fax (512) 494-0686