December 30, 2025

Housing Authority of the City of Austin
Attn: Dylan Shubitz
1124 S IH 35
Austin, Texas 78704

Dear Dylan Shubitz,

I John R. Copeland am sending this letter to inform you that I disagree with the notice of housing assistance termination and would like to request an informal hearing to discuss the matter.

Sincerely,

*[signature]*

John R. Copeland
1600 E. 3rd St Apt. 2408
Austin, Texas 78702
512-848-9022

**EXHIBIT F**