

Housing Authority of the City of Austin
**Established in 1937**
1124 South IH 35, Austin, TX 78704

January 2, 2026

John Copeland
1600 E 3rd St #2408
Austin TX, 78702

RE: Notice of Informal Hearing

Dear Mr. Copeland:

Please be advised that your written request for an informal hearing in connection with your termination from the Housing Choice Voucher Program has been received and scheduled.

The hearing will be conducted by HACA's Hearing Officer on **Tuesday January 13, 2026 at 11:30am.** The hearing will be conducted by videoconference on Microsoft Teams. Please join by using the following link at the appointed date and time:

**Microsoft Teams**
Meeting ID: 214 465 725 625 51
Passcode: ZJ9ui7Pn
_____
**Dial in by phone**
<u>+1 213-204-4239</u>
Phone conference ID: 699 044 746#

Please be advised that at this hearing you have the right to be represented by counsel, present evidence and arguments, and conduct cross-examinations in support of your appeal.

If you have any documentation which supports your case, such as court papers or letters of reference, you are required to bring this information to your hearing.

A request to reschedule must be made within 48 hours prior to the hearing date. Under no circumstances shall an applicant be entitled to reschedule or request a second hearing unless it is required in order to provide a reasonable accommodation for a verified disability or if the applicant has an emergency which is supported by written documentation presented to HACA. Failure to adhere to the 48-hour notice requirement or failure to appear within 15 minutes of the appointment time will result in forfeiture/waiver of your rights to the informal hearing and the decision shall be final.

Sincerely,

Dylan Shubitz
Director of Intake and Special Programs



EXHIBIT
G