IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHN COPELAND, § | |
| § | |
| *Plaintiff* § | |
| § | Civil Action No. 1:26-cv-00461-ADA |
| v. § | |
| § | |
| HOUSING AUTHORITY OF § | |
| THE CITY OF AUSTIN § | |
| § | |
| *Defendant*. § | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LIMITED EXPEDITED PRODUCTION OF ADMINISTRATIVE RECORD MATERIAL**

Defendant Housing Authority of the City of Austin ("HACA") files this brief response to Plaintiff's Motion for Limited Expedited Production of Administrative Record Material. Defendant respectfully requests that the Court deny the motion as moot because HACA has already provided the exact relief Plaintiff seeks.

On March 4, 2026 at 12:40 pm, Plaintiff emailed HACA's counsel requesting HACA to either produce a decisional log or confirm in writing "that none exists" by 5 pm that day. ("**Exhibit A**").  HACA's fact witnesses were out of the office that day, and HACA's counsel advised that she could not have an answer until the morning. ("**Exhibit B").**  The next morning, HACA's counsel complied with this request by responding directly to Plaintiff's counsel in writing via email ("**Exhibit A**"), confirming "that the document [Mr. Copeland is] asking for is not something that HACA creates or maintains."

1

Despite advising Plaintiff that an answer was forthcoming in less than 24 hours from the request being made, Plaintiff filed the instant Motion for Limited Expedited Production, Dkt. No. 10. In the motion, Plaintiff specifically requested an order requiring HACA to either produce a decisional log or "confirm in writing that no such document exists." Pl.'s Mot. for Limited Expedited Production 3, Dkt. No. 10.

Because Defendant has already supplied the written confirmation requested by the Plaintiff, there is no longer a live dispute requiring the Court's intervention. *See Brown v. City of Alexandria*, No. 1:20-CV-00541, 2022 WL 951407, at *1, 10 (W.D. La. Mar. 29, 2022) (denying a motion to compel as moot where the responding party provided a supplemental response establishing that there were no responsive documents to the requests); *Stokes v. Dallas Cnty. Juvenile Dep't*, 509 Fed. Appx. 319, 320–21 (5th Cir. 2013) (concluding that, because plaintiff received responsive discovery documents, "the district court's denial . . . was not 'arbitrary or clearly unreasonable'").

**WHEREFORE**, Defendant HACA respectfully requests that the Court **DENY** Plaintiff's Motion for Limited Expedited Production **AS MOOT**.

Dated: March 10, 2026

Respectfully submitted,

COKINOS | YOUNG

By: /s/ *Lauren S. Aldredge*
Lauren S. Aldredge
Texas Bar No. 24079380
Email: laldredge@cokinoslaw.com
900 S. Capital of Texas Hwy, Suite 425

        Austin, TX 78746
        Telephone: 512-476-1080
        Fax:

        *Attorney for Defendant Housing*
        *Authority of the City of Austin*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: March 10, 2026    Respectfully submitted,

**COKINOS | YOUNG**

/s/ *Lauren S. Aldredge*
Lauren S. Aldredge