| | |
|---|---|
| **From:** | Lauren Aldredge |
| **To:** | Audrey Bean; Bruce Garrison |
| **Subject:** | Re: Copeland v HACA - HACA Administrative File Release and Secure Upload Link |
| **Date:** | Wednesday, March 4, 2026 2:15:42 PM |

Ms Bean- the person at HACA who can best answer this is out of the office today so I will not be able to get you an answer by 5.

**From:** Audrey Bean <Audrey@austinlitigator.com>
**Sent:** Wednesday, March 4, 2026 12:39:46 PM
**To:** Lauren Aldredge <LAldredge@cokinoslaw.com>; Bruce Garrison <Bruce@austinlitigator.com>
**Subject:** RE: Copeland v HACA - HACA Administrative File Release and Secure Upload Link

Ms. Aldredge,

Following up on our March 2, 2026 request and your March 3, 2026 response.

For PI preparation, we are requesting a single, narrow category of nonprivileged administrative record material: any list, index, or log identifying the materials the hearing officer reviewed or relied upon in reaching the February 12, 2026 final decision.

If no such list, index, or log exists, please confirm that in writing.

Given the TRO expiration date and the need to propose a PI schedule, I would be grateful if you could please let us know by 5:00 p.m. CT today, March 4, whether HACA will provide this item or confirm that none exists.

Respectfully,

Audrey Bean
Texas Bar No. 24073897
Law Offices of Audrey Bean
440 Hickory Forrest Dr.
Seguin, Texas 78155
(512) 553-6499
audrey@austinlitigator.com
Counsel for Plaintiff Johnny Copeland

**From:** Lauren Aldredge <LAldredge@cokinoslaw.com>
**Sent:** Tuesday, March 3, 2026 3:19 PM
**To:** Bruce Garrison <bruce@austinlitigator.com>
**Cc:** Audrey Bean <Audrey@austinlitigator.com>
**Subject:** RE: Copeland v HACA - HACA Administrative File Release and Secure Upload Link



EXHIBIT B

Mr. Garrison/Ms. Bean –

If you are seeking documents pursuant to the litigation you initiated, then you are welcome to serve me valid discovery requests at the appropriate time. The ROI indicates it is for litigation, which is not an appropriate way to conduct discovery at this stage. Likewise, there is not an open administrative proceeding in front of HACA right now, so I am unclear what other purpose your request serves.

However, you should already be in possession of relevant nonprivileged items responsive to items b, c, and d. There are no recordings, and no policy one way or the other, so can't help you there.

Lauren

---

**From:** Bruce Garrison <bruce@austinlitigator.com>
**Sent:** Monday, March 2, 2026 9:10 AM
**To:** Lauren Aldredge <LAldredge@cokinoslaw.com>
**Cc:** Audrey Bean <Audrey@austinlitigator.com>
**Subject:** Copeland v HACA - HACA Administrative File Release and Secure Upload Link

Ms. Aldredge,

I write at the direction of Audrey Bean, counsel for Plaintiff.

Prior to this filing, HACA representative Dylan Shubitz stated that HACA would release Mr. Copeland's administrative file upon receipt of a signed release. Mr. Shubitz specifically requested a secure upload link for electronic transmission, noting that this would avoid the $.10 per page copying charges that would otherwise apply. The signed release is attached, and the secure upload link Mr. Shubitz requested is below:

[Copeland Administrative File Secure Upload](#)

Please forward the release and the upload link to Mr. Shubitz or the appropriate person at HACA and let us know when the complete administrative file will be available for download.

If there are any technical issues with the upload, please let me know. If there are any legal concerns, please contact Ms. Bean directly.

Respectfully,

Bruce Garrison
Law Offices of Audrey Bean
Ofc: (512) 290-5739
Direct: 512-275-3333
Bruce@austinlitigator.com

CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information intended only for the individual or entity named above. If you are not the intended recipient, you are notified that any review, dissemination, distribution, or copying of this communication is prohibited. If you have received this message in error, please notify the sender immediately and delete the original message. Nothing in this message is intended to waive any applicable privilege or protection.