IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHN COPELAND, § <br> § <br> *Plaintiff* § <br> § <br> v. § <br> § <br> HOUSING AUTHORITY OF § <br> THE CITY OF AUSTIN § <br> § <br> *Defendant.* § | Civil Action No. 1:26-cv-00461-ADA |

**ORDER**

Before the Court is Plaintiff's Motion for Limited Expedited Production of Administrative Record Material (Dkt. No. 10).

Having considered the motion and Defendant's response, the Court finds that the motion is **MOOT**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Limited Expedited Production of Administrative Record Material (Dkt. No. 10) is **DENIED AS MOOT**.

Dated:                                                    /s/_____
                                                           **Hon. Alan D. Albright**
                                                           United States District Judge