**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| JOHN COPELAND, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00461-ADA |
| | § | |
| HOUSING AUTHORITY OF | § | |
| THE CITY OF AUSTIN (HACA), | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

Before the Court is Defendant Housing Authority of the City of Austin's Motion to Dismiss (the "Motion"). Having considered the Motion, the response, the pleadings, and the applicable law, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED that:**

1. Defendant Housing Authority of the City of Austin's Motion to Dismiss is **GRANTED**;

2. All claims asserted by Plaintiff against the Housing Authority of the City of Austin are **DISMISSED WITH PREJUDICE**;

3. Plaintiff shall take nothing by his claims.

Dated: _____    /s/_____
**Hon. Alan D. Albright**
*United States District Judge*

1