# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN COPELAND,<br>*Plaintiff* | § § § | |
| v. | § § | No. 1:26-CV-00461-ADA |
| HOUSING AUTHORITY OF THE<br>CITY OF AUSTIN (HACA),<br>*Defendant* | § § § § § | |

## ORDER

Before the Court is Defendant Housing Authority of the City of Austin's ("HACA") motion to dismiss. Dkt. 20. Plaintiff John Copeland failed to respond to HACA's motion by the deadline set by the local rules. *See* W.D. Tex. Loc. R. CV-7(d).

Accordingly, Copeland is **ORDERED** to either **RESPOND** to the motion, or **SHOW CAUSE** as to why the motion should not be granted as unopposed, on or before **May 5, 2026**.

SIGNED April 27, 2026.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1