**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| JOHN COPELAND, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00461-ADA |
| | § | |
| HOUSING AUTHORITY OF | § | |
| THE CITY OF AUSTIN (HACA), | § | |
| | § | |
| *Defendant.* | § | |

**DEFENDANT HOUSING AUTHORITY OF THE CITY OF AUSTIN'S
UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
MOTION TO DISMISS**

Defendant Housing Authority of the City of Austin ("HACA") respectfully moves for leave to file its Reply in Support of Motion to Dismiss outside the seven-day reply period set by Local Rule 7(e)(2), and would show as follows:

1. Plaintiff's Response (Dkt. 24) stated that a "Motion for Leave to File First Amended Verified Complaint" and a proposed amended complaint would be filed "contemporaneously" with the Response. Dkt. 24 at 2–3, 10. Relying on that representation, HACA reasonably awaited the anticipated filing before preparing its reply so that it could address the operative pleading. No such motion or amended complaint has been filed, nor has Plaintiff sought an extension.

2. Good cause and excusable neglect exist under Federal Rule of Civil Procedure 6(b)(1)(B). Any brief delay was caused by Plaintiff's procedural choice to announce, but not file, an amended pleading, leaving HACA to

1

determine whether to reply to the operative complaint or to a promised amendment. Granting leave will not prejudice Plaintiff and will assist the Court by ensuring the issues are joined on the actual operative record. *See* W.D. Tex. Civ. R. 7(e)(2) ("A reply in support of a motion shall be filed not later than 7 days after the filing of the response to the motion.").

3. HACA's proposed Reply is attached as **<u>Exhibit A</u>**. If the Court grants this motion, HACA requests that the Clerk be directed to file the Reply as of the date of the Court's order. *See id.* R. 7(b) ("When a motion for leave to file a pleading, motion, or other submission is required, an executed copy of the proposed pleading, motion, or other submission shall be filed as an exhibit to the motion for leave.").

Because the motion is unopposed and good cause exists, HACA respectfully requests that the Court grant this motion.

**PRAYER**

HACA respectfully requests that the Court grant this Unopposed Motion for Leave, deem the attached Reply ("Exhibit A") filed as of the date of the order, and grant such other and further relief to which HACA is justly entitled.

Dated: May 15, 2026                      Respectfully submitted,


By:*Lauren S. Aldredge*
Lauren S. Aldredge
Texas Bar No. 24079380
**COKINOS | YOUNG**
900 S. Capital of Texas Hwy, Suite 425

2

Austin, TX 78746
Telephone: 512-476-1080
Fax: 210-298-5007
Email: laldredge@cokinoslaw.com

*Attorney for Defendant Housing
Authority of the City of Austin*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7(g), I certify that I conferred by telephone with Plaintiff's counsel, Ms. Audrey Bean, on May 14, 2026. Plaintiff does not oppose the relief requested in this motion for leave.

Dated: May 15, 2026      /s/ *Lauren S. Aldredge*
                             **Lauren S. Aldredge**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: May 15, 2026      /s/ *Lauren S. Aldredge*
                             **Lauren S. Aldredge**