**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| JOHN COPELAND, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00461-ADA |
| | § | |
| HOUSING AUTHORITY OF | § | |
| THE CITY OF AUSTIN (HACA), | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING DEFENDANT HACA'S UNOPPOSED MOTION FOR**
**LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Before the Court is Defendant Housing Authority of the City of Austin's Unopposed Motion for Leave to File Reply in Support of Motion to Dismiss. Having considered the motion, the record, and the applicable law, the Court finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion for Leave to File Reply in Support of Motion to Dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall file Defendant's Reply in Support of Motion to Dismiss, attached to the motion as **Exhibit A**, as of the date of this Order.

**IT IS SO ORDERED**.


Dated: _____                    /s/_____
                                          **Hon. Alan D. Albright**
                                          *United States District Judge*

1