# Exhibit B-1



# Housing Authority of the City of Austin

1124 South IH 35, Austin, TX 78704
(512) 477-1314 Fax (512) 494-0686
www.hacanet.org

## PLEASE ANSWER THE FOLLOWING QUESTIONS

Name: _Danielle Pitts_ Social Security # ▮▮▮▮▮▮▮

Are you?  ☐Married  ☑Single  ☐Separated  ☐Divorced  ☐Widowed

If married, give your maiden name: _____

Place of Birth: _Galveston_ Date of birth: ▮▮▮▮ Age: _42_

**Residential Information:**

Mailing Address: _1600 E 3rd Street    APT 2408_

City, State Zip Code _Austin Tx 78702._

Current Phone Number: (home)_737-708·0768_(work)_____ (cell)_____

Street Address (where you are currently living): _1600 E 3rd street._

City, State Zip Code _Austin Tx_

Current Phone Number: (home)_737-708·0768_(work)_____ (cell)_____

Who do you currently live with? _Johnny Copeland_ What is their relationship to you? _freind and Boss_

Are you or the person you live with currently on Section 8/Public Housing?  ☑Yes  ☐No

If yes, where? _1600 E.3rd st APT#2408_

Address: _Austin Tx 78702_

Manager's name: _____

If you currently live in Public Housing or Section 8, has the manager/ landlord approved you to be living there while you are being added on? (You will need to provide a letter from the manager/landlord.) ☐Yes  ☑No

Are you renting?  ☐Yes  ☑No    Did you sign a lease? ☐Yes  ☑No

Are you living with someone who rents?  ☑Yes  ☐No

How long have you lived at your current address? _about 10 mth._

Have you lived in Texas for the past two years?  ☑Yes  ☐No

If no, where did you live (City, State)? _Austin Tx_ When? From _____ To _____

Have you ever been evicted?  ☐Yes  ☑No

---

## Asset and Deduction Information

**WHAT ARE YOUR SOURCES OF INCOME?** _Caregiver_

Yes ☑   No ☐   Do you have a savings account?

Yes ☑   No ☐   Do you have a checking account?

Yes ☐   No ☑   Do you have a Money Market/IRA account?

Yes ☐   No ☑   Do you own any property? House _____ Trailer _____ Land _____

How much is the approximate value? _____

Yes ☐   No ☑   Do you have any stocks/bonds? How much have you earned this year?

_____

Yes ☐   No ☑   Do you receive income from a Trust Fund or any type of inheritance?

How much? _____ How often? _____

Yes ☐   No ☑   Do you have any C.D.'s (Certificate of Deposits)? What are the balances?

_____

---

Yes ☐   No ☑   Are you currently paying for any medications that you are required to take daily?

Yes ☐   No ☑   Are you currently paying for health insurance? If yes, how much? _____

Yes ☐   No ☑   Are you currently paying for daycare services? If so, where?

_____

How much? _____ How often? _____ Who pays?

Name of Daycare or person caring for child _____

Address _____ Phone Number _____

Yes ☐   No ☑   Are you currently **paying** child support for a child not living with you?

If yes, how much? _____ How often? _____ To who?

_____

If yes, where? _____ When? _____

**Income Information:**
Are you currently working or receiving **any** type of income? _yes_     ☑Yes    ☐ No
(Income includes SS, SSI, TANF, child support, family assistance, work, alimony, etc.)

If yes, what is/are your source(s) of income? List each separately and the amount you receive for each.

Income Source 1: _Caregiver_ How much do you get? $ _1300_ ☐ weekly ☐ bi-weekly ☑monthly

Income Source 2: _____ How much do you get? $_____ ☐ weekly ☐ bi-weekly ☐ monthly

Income Source 3: _____ How much do you get? $_____ ☐ weekly ☐ bi-weekly ☐ monthly

Income Source 4: _____ How much do you get? $_____ ☐ weekly ☐ bi-weekly ☐ monthly

If working, who is your employer? _Johnny Copeland_

Address: _1600 E 3rd street_ Phone # _____

Do you receive food stamps? ☑Yes    ☐ No   If yes, how much per month? _291_

Are you currently a full-time student? ☐Yes   ☑No   If yes, where? _____

Receiving any student financial aid? ☐Yes ☑No   If yes, how much per semester? _____

Are you enrolled in any job-training programs (does not include Choices)    ☐Yes    ☑No

If yes, where? _____

- ❖ How much money do you spend on rent every month?    $ _300_ Who pays? _me_
- ❖ How much money do you spend on utilities every month?    $ _0_ Who pays? _me_
- ❖ How much money do you spend on your car every month? This includes car payments, insurance, maintenance, gas, etc.    $ _30_ Who pays? _me_
- ❖ How much money do you spend on telephones every month? This includes cell phones, home phones, pagers, etc.    $ _30_ Who pays? _me_
- ❖ How much money do you spend on children every month? This includes clothes, shoes, school supplies, child care, etc.    $ _0_ Who pays? _____
- ❖ What is your monthly grocery bill?    $ _500_ Who pays? _me and Johnny_
- ❖ Does anyone buy you food, diapers, cleaning supplies, or anything else for you and/or your children? ☐Yes   ☑No    How much? $ _____ Who pays? _____
- ❖ Does anyone give you any money for your expenses? ☐Yes   ☑No    How much? $ _No_ Who pays? _____

I, _Danielle Pitts_ , hereby attest to the above information as being true and accurate to the best of my knowledge. I understand that all of the information with a "Yes" response will need verifying from the agencies in reference. I also understand that any false statements will be considered "Fraud" and are punishable under federal law and my eligibility for housing assistance with the Housing Authority of the City of Austin can be denied.

Signature of applicant: _Danielle Pitts_ Date: _10-1-25_

Signature of interviewer: _Malcolm M Trul LMSW_ Date Interviewed Client: _10/1/25_

| | | |
|---|---|---|
| Are you elderly (over 62) and/or disabled? | ☐Yes | ☒No |
| Do you require a wheelchair accessible unit? | ☐Yes | ☒No |
| Do you have any physical disabilities that prevent you from climbing stairs? | ☐Yes | ☒No |
| Do you require any other special accommodations (like a live-in aide)? | ☐Yes | ☒No |

If Yes, list needs: _____

_____

**All disability/ handicap information must be verified by the Housing Authority of the City of Austin. If you request a special accommodation, it must be approved by a physician before you can be housed.**

Who is your current physician? _____

Address: _____ Phone # _____

_____

## Live-In Aides

**Please note: If you are a live-in aide and are being added to another tenant's application/lease, you are required to reside with the tenant. You cannot have another place of residence. If you are not going to live with the tenant whose application/lease you are being added to, please notify your caseworker.**

I, _Danielle Pitts_ , hereby attest to all of the above information as being true and accurate to the best of my knowledge. I understand that all of the information with a "Yes" response will need verifying from the agencies in reference. I also understand that if I have claimed to receive no income of any sort that I will have to verify this information on a monthly basis to either Section 8 or Conventional Public Housing if I am housed and that if this information is found to be false at any time, it will result in severe penalties to include denial or termination of any assistance I may be receiving. I also understand that any false statements will be considered "Fraud" and are punishable under federal law and my eligibility for housing assistance with the Housing Authority of the City of Austin can be denied.

Signature of applicant: _Danielle Pitts_ Date: _10-1-25_

Signature of interviewer: _Malcolm M Trul_ Date Interviewed Client: _10/1/25_



# Housing Authority of the City of Austin

1124 South IH 35, Austin, Texas 78704
(512) 477-1314  Fax  (512) 494-0686
www.hacanet.org

## Authorization to Release Criminal Background Information

I hereby authorize the Housing Authority of the City of Austin (HACA) to conduct a criminal background check. In connection with this, I also authorize the use of law enforcement agencies and/or private background check organizations to assist HACA in collecting this information. Online Rental Exchange has been secured as a third party vendor to assist HACA in collecting and verifying information.

I also am aware that records of arrests on pending charges and/or convictions are not an automatic denial for admission into the program.

Full Legal Name: _Danielle_____ _J_____ _Pitts_____
              First                     Middle           Last

Other Names You Have Used: _____ _yette_, _____

Current Address: _16000_____

Previous Address (most recent): _2401  East  ▓▓▓▓▓▓  ▓▓▓▓ oltorf_

Date of Birth: ████████████  Gender: Female _✓_  Male _☐_
       Month / Day / Year

Social Security Number: ████████████

Driver's License # ████████████        State of Driver's License: _TX_

To the best of my knowledge, the information provided in this Authorization is true and complete. I understand that any falsification or omission of information may disqualify me for HACA's housing assistance programs. By signing below I hereby provide my authorization to HACA to conduct a criminal background check.

_Danielle Pitts_____        _10-1-25_
Signature                                Date

219 authorization to release criminal background info