# Exhibit E

December 30, 2025

Housing Authority of the City of Austin
Attn: Dylan Shubitz
1124 S IH 35
Austin, Texas  78704


Dear Dylan Shubitz,

I John R. Copeland am sending this letter to inform you that I disagree with the notice of housing assistance termination and would like to request an informal hearing to discuss the matter.

Sincerely,

John R. Copeland
1600 E. 3rd St Apt. 2408
Austin, Texas 78702
512-848-9022