# Exhibit G

# Rescinding Hearing Decision for John Copeland

**From:** Cecilia Vargas <CECILIAV@hacanet.org>

**To:** msmith@carletonms.com <msmith@carletonms.com>

**Cc:** Dylan Shubitz <DYLANS@hacanet.org>, Bruce Garrison <bruce@austinlitigator.com>, jcland1954@gmail.com <jcland1954@gmail.com>

**Date:** Wed, 28 Jan 2026 20:47:53 +0000 (*01/28/2026 02:47:53 PM*)

Good Afternoon,

This email serves as a follow-up to the hearing decision issued on January 26, 2026, which upheld the termination. At this moment, the termination is being rescinded to allow for a thorough review of additional evidence that has recently been received. A new hearing determination will be sent following the review of this evidence, and a revised hearing decision will be provided to you accordingly.

Please contact me if you have any questions. Thank you.

**CECILIA VARGAS**
*Hearing Officer / Compliance Oversight*
Housing Authority of the City of Austin
1124 S. IH 35, Austin, TX  78704
Office: (512) 477-4488 Ext. 3401
Direct: (512) 767-7821
Email: ceciliav@hacanet.org
Web: www.hacanet.org

CONFIDENTIALITY NOTICE: This email is for the use of the intended recipient(s) only and may contain confidential information. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email.