# Exhibit H



# Housing Authority of the City of Austin

### *Established in 1937*

2/12/2026

Client No:    110533

John Copeland
1600 E 3rd St 2408
Austin, TX 78702

Re: Hearing Decision

Dear John Copeland:

A hearing was held on Tuesday, January 13, 2026 11:30 AM. You appealed the following decision:
Termination of Housing Choice Voucher assistance
Unauthorized Occupant
This action is based on the following federal laws, regulations, and/or HACA's administrative policies:
Violation 24 CFR 982.551 (k)
Fraud and Other Program Violation

Regulation and/or Policy
The members of the family must not commit fraud, bribery or any other corrupt or criminal act in connection with the programs.

It is my decision to: Uphold HACA's previous decision, which terminates your rental assistance

The new effective date of termination is 2/28/2026.

The Reason for this decision is: On January 26, 2026, a hearing decision was rendered confirming the termination of assistance, as the required documentation was not submitted by the specified deadline. Subsequently, technical issues were identified regarding the receipt of documentation via email. On January 28, 2026, I notified all relevant parties that our IT Department had successfully recovered the submitted email documentation. As a result, the initial hearing decision was suspended, pending a review of the newly recovered materials.

However, the documentation was determined to be irrelevant to both the termination and the hearing decision rendered on January 26, 2026, as they did not show Ms. Pitts had permission to live at the property. Therefore, I am upholding HACA's decision to terminate your rental assistance effective February 28, 2026.

Sincerely,

*Cecilia Vargas*

Cecilia Vargas
Informal Hearing Officer

cc: Bruce Garrison



# Housing Authority of the City of Austin

*Established in 1937*

1/26/2026

John Copeland                                                      Client No:    110533
1600 E 3rd St 2408
Austin, TX,  78702

Re: Hearing Decision

Dear John Copeland:

A hearing was held on Tuesday, January 13, 2026, 11:30 AM. You appealed the following decision:
Termination of Housing Choice Voucher Assistance
Unauthorized Occupant
This action is based on the following federal laws, regulations, and/or HACA's administrative policies:
Violation 24 CFR 982.551 (k)
Fraud and Other Program Violation

Regulation and/or Policy
The members of the family must not commit fraud, bribery or any other corrupt or criminal act in connection with the programs.

It is my decision to: Uphold HACA's previous decision, which terminates your rental assistance
The new effective date of termination is 2/28/2026.

The Reason for this decision is: You failed to provide the requested documentation by the January 20, 2026, deadline to support your testimony and dispute HACA's previous decision. As a result, the termination is upheld effective February 28, 2026.

Sincerely,

*Cecilia Vargas*

Cecilia Vargas
Informal Hearing Officer

cc: Bruce Garrison