# Discharge Packet

| Patient Name: COPELAND,JOHNNIE | Patient ID #: 312970 | DOB: ██/1954 |
|---|---|---|
| Account #: IK0000168799 | Admission Date: 1/24/2025 | Report Date: 2/13/2025 |

### Central Texas Rehabilitation Hospital
### 700 W 45th Street
### Austin, TX 78751  P: 512-407-2111

Attending Physician: Manchi,Maunica

Nursing Signature: _____

Patient/Other Signature: _____

Patient being discharged with whom:

Date of Discharge: _____      Time of Discharge:

| Patient Name: COPELAND,JOHNNIE | Patient ID #: 312970 | DOB: ███1954 |
|---|---|---|
| Account #: IK0000168799 | Admission Date: 1/24/2025 | Report Date: 2/13/2025 |

## Follow-Up Appointments

### Home Health Referral

**Instructions:** Home Health skilled nursing for medication management.  PT, OT, SLP, Social Worker eval and treat.


No Known Allergies

| Patient Name: COPELAND,JOHNNIE | Patient ID #: 312970 | DOB: ███1954 |
|---|---|---|
| Account #: IK0000168799 | Admission Date: 1/24/2025 | Report Date: 2/13/2025 |

## DISCHARGE MEDICATIONS REPORT

During your stay, your home medications might have been changed.  Below is a summary of those changes.  A complete medication list has also been provided to you that includes all the medications you should be taking at home.

### Start These Medications

| | Last Dose Given | Next Dose Due |
|---|---|---|

**Aspirin 81 MG Oral Tablet, Enteric Coated** — 2/13/2025  07:20AM | 2/14/2025  08:00AM
Take one (1) tablet by mouth daily
Dispense Quantity:  30 Tablet   Days Supply:  0     Refills:  0
Pharmacy:  HEB Pharmacy Austin #1 (465) 2701 E 7th St  Austin
Started:  2/13/2025

**Atorvastatin Calcium 80 MG Oral Tablet** — 2/13/2025  07:20AM | 2/14/2025  08:00AM
Take one (1) tablet by mouth daily
Dispense Quantity:  30 Tablet   Days Supply:  0     Refills:  0
Pharmacy:  HEB Pharmacy Austin #1 (465) 2701 E 7th St  Austin
Started:  2/13/2025

**Baclofen 10 MG Oral Tablet** — 2/12/2025  09:49PM | 2/13/2025  09:00PM
Take one half (0.5) tablets by mouth at bedtime
Dispense Quantity:  30 Tablet   Days Supply:  0     Refills:  0
Pharmacy:  HEB Pharmacy Austin #1 (465) 2701 E 7th St  Austin
Started:  2/13/2025

**Clopidogrel 75 MG Oral Tablet** — 2/13/2025  07:20AM | 2/14/2025  08:00AM
Take one (1) tablet by mouth daily
Dispense Quantity:  30 Tablet   Days Supply:  0     Refills:  0
Pharmacy:  HEB Pharmacy Austin #1 (465) 2701 E 7th St  Austin
Started:  2/13/2025

**Critic-aid Clear Af (Miconazole Nitrate) 2 % Ointment Topical Application** — 2/13/2025  07:20AM | 2/13/2025  06:00PM
Apply one (1) application topically twice a day
Started:  2/13/2025

**Docusate Sodium et Colace 100 Mg Capsule, Liquid Filled Oral**
Take one (1) capsule by mouth every 12 hours, as needed
Started:  2/13/2025

**hydroCHLOROthiazide 12.5 MG Oral Tablet** — 2/13/2025  07:20AM | 2/14/2025  08:00AM
Take two (2) tablets by mouth daily
Dispense Quantity:  60 Tablet   Days Supply:  0   Refills:  0
Pharmacy:  HEB Pharmacy Austin #1 (465) 2701 E 7th St  Austin
Started:  2/13/2025

**hydrOXYzine Pamoate 25 MG Oral Capsule**
Take one (1) capsule by mouth twice a day, as needed
Dispense Quantity:  60 Capsule   Days Supply:  0   Refills:  0
Pharmacy:  HEB Pharmacy Austin #1 (465) 2701 E 7th St  Austin
Started:  2/13/2025

**Melatonin et Melatonin 3 Mg Tab Oral** — 2/12/2025  09:50PM | 2/13/2025  09:00PM
Take two (2) tablets by mouth at bedtime
Started:  2/13/2025

| Patient Name: COPELAND,JOHNNIE | Patient ID #: 312970 | DOB: ███1954 |
|---|---|---|
| Account #: IK0000168799 | Admission Date: 1/24/2025 | Report Date: 2/13/2025 |

## DISCHARGE MEDICATIONS REPORT

During your stay, your home medications might have been changed.  Below is a summary of those changes.  A complete medication list has also been provided to you that includes all the medications you should be taking at home.

### Start These Medications

| | Last Dose Given | Next Dose Due |
|---|---|---|

**Metoprolol Succinate 25 MG Oral Tablet, Extended Release** — 2/13/2025   07:20AM | 2/14/2025   08:00AM
Take two (2) tablets by mouth daily
Dispense Quantity:  60 Tablet   Days Supply:  0    Refills:  0
Pharmacy:  HEB Pharmacy Austin #1 (465) 2701 E 7th St  Austin
Started:  2/13/2025

**QUEtiapine Fumarate 25 MG Oral Tablet** — 1/27/2025   11:47PM |
Take one (1) tablet by mouth once a day, as needed
Dispense Quantity:  30 Tablet   Days Supply:  0    Refills:  0
Pharmacy:  HEB Pharmacy Austin #1 (465) 2701 E 7th St  Austin
Started:  2/13/2025

**SEROquel XR 50 MG Oral Tablet, Extended Release** — 2/12/2025   09:49PM | 2/13/2025   09:00PM
Take one (1) tablet by mouth at bedtime
Dispense Quantity:  30 Tablet   Days Supply:  0    Refills:  0
Pharmacy:  HEB Pharmacy Austin #1 (465) 2701 E 7th St  Austin
Started:  2/13/2025

**Tamsulosin HCl 0.4 MG Oral Capsule** — 2/12/2025   09:49PM | 2/13/2025   09:00PM
Take two (2) capsules by mouth at bedtime
Dispense Quantity:  60 Capsule   Days Supply:  0    Refills:  0
Pharmacy:  HEB Pharmacy Austin #1 (465) 2701 E 7th St  Austin
Started:  2/13/2025

**traZODone hydrochloride 100 MG Oral Tablet** — 2/12/2025   09:49PM | 2/13/2025   09:00PM
Take one (1) tablet by mouth at bedtime
Dispense Quantity:  30 Tablet   Days Supply:  0    Refills:  0
Pharmacy:  HEB Pharmacy Austin #1 (465) 2701 E 7th St  Austin
Started:  2/13/2025

| Patient Name: COPELAND,JOHNNIE | Patient ID #: 312970 | DOB: ███ 1954 |
|---|---|---|
| Account #: IK0000168799 | Admission Date: 1/24/2025 | Report Date: 2/13/2025 |

## DISCHARGE MEDICATIONS REPORT

During your stay, your home medications might have been changed.  Below is a summary of those changes.  A complete medication list has also been provided to you that includes all the medications you should be taking at home.

### Stop These Medications

Aspirin - 81 MG, ECT, PO
 Take one (1) tablet by mouth daily
 Started: 1/24/2025

Atorvastatin Calcium - 80 MG, TAB, PO
 Take one (1) tablet by mouth daily
 Started: 1/24/2025

Clopidogrel - 75 MG, TAB, PO
 Take one (1) tablet by mouth daily
 Started: 1/24/2025

hydroCHLOROthiazide - 12.5 MG, TAB, PO
 Take one (1) tablet by mouth daily
 Started: 1/24/2025

Lisinopril - 20 MG, TAB, PO
 Take two (2) tablets by mouth daily
 Started: 1/24/2025

Melatonin - 3 MG, TAB, PO
 Take two (2) tablets by mouth at bedtime
 Started: 1/24/2025

Metoprolol Succinate - 25 MG, TER, PO
 Take one (1) tablet by mouth daily
 Started: 1/24/2025

SEROquel XR - 50 MG, TER, PO
 Take one (1) tablet by mouth at bedtime **Note: pt taking Quetiapine
 25mg immediate release qhs at Seton**
 Started: 1/24/2025

Tamsulosin HCl - 0.4 MG, CAP, PO
 Take two (2) capsules by mouth at bedtime
 Started: 1/24/2025

traZODone hydrochloride - 100 MG, TAB, PO
 Take one (1) tablet by mouth at bedtime **Not ordered at Seton;
 Included on dc med list**
 Started: 1/24/2025

| Patient Name: COPELAND,JOHNNIE | Patient ID #: 312970 | DOB: ▊1954 |
|---|---|---|
| Account #: IK0000168799 | Admission Date: 1/24/2025 | Report Date: 2/13/2025 |

## Occupational Therapy Discharge Instructions

**Date:** 2/12/2025

**Time:** 12:09 PM

**Other Instructions:** Requires assist with all self care tasks and transfers due to left sided weakness and impaired standing balance.
Dressing - maximal assist to thread legs and pull up hips. Moderate assist to stand at grab bar while caregiver pulls pants up/down.
Bathing - minimal assist to wash right arm and buttocks. Seated on tub transfer bench.
Toileting - maximal assist to pull clothes up/down, assist with balance assist to stand for clothing management.

With all activity - support patient's left side (trunk, hip, leg) due to left sided weakness and impaired standing balance/tolerance.

Recommend grab bar at toilet, bedside commode, and shower bench.

**Electronically Signed By:** Sheehan,Erin

## Speech Therapy Discharge Instructions

**Date**: 2/12/2025

**Time:** 07:20 PM

**Other Instructions:** It was a pleasure working with Johnnie during his stay at CTRH. Speech therapy focused on targeting cognition and dysarthria in the context of post-CVA. Johnnie made progress towards goals, however, he will continue to benefit from ongoing speech therapy services for cognitive and motor speech management. Recommend that Johnnie receive assistance with medication and financial management to reduce errors within these tasks. It is also recommended that he receive clearance from his PCP prior to initiating driving.

Best of luck to Johnnie on his continued recovery journey! Emily Dolen, M.A., CCC-SLP

**Electronically Signed By:** DOLEN,EMILY

| Patient Name: COPELAND,JOHNNIE | Patient ID #: 312970 | DOB: ▮▮/1954 |
|---|---|---|
| Account #: IK0000168799 | Admission Date: 1/24/2025 | Report Date: 2/13/2025 |

# Case Management Discharge Instructions

**Diagnosis Reason for Admission:** Stroke

**Patient's Long Term Goal:** Return home

**Patient declined follow-up services?** No

## SPECIAL INSTRUCTIONS

**Special Instructions:**   Make an appointment with your PCP Dr. Viswajyothi Mambapoor within 1-2 weeks
7901 Metropolis Dr, Austin, TX 78744
(512) 823-4000
Take your hospital discharge packet with you to this appointment.

Follow up with Resident Neurology Clinic with Ascension Seton within 1-2 weeks
1600 W 38th St Bldg #200, Austin, TX 78731
(512) 324-3540

Make an appointment with Dr. Deborah Bergfeld (PMR) for stroke care within 1-2 weeks.
1600 W 38th St #308, Austin, TX 78731
(512) 324-7131

A referral has been sent to Enhabit Home Health for continued PT, OT and Speech therapy at home.
512-326-4191

## EDUCATION

**Was education provided?** Yes

**What Education Was Provided?** Discharge planning

**Who Was Educated?** Patient

**What Was Method of Education?** Verbal

**Response to Education:** Verbalized good understanding

## PATIENT SUPPORT and RESOURCES

**Patient Support:** Patient is discharging home with caregiver

## ADDITIONAL INFORMATION

**Comments:** Thank you for choosing us for your rehabilitation journey.  Good luck to you!

**Instructions Provided By:** Linda Epps, Case Manager