**DEPARTMENT OF VETERANS AFFAIRS**

JULY 18, 2025

JOHN R COPELAND
1600 E 3RD ST
UNIT 2408
AUSTIN, TX 78702

In Reply Refer To: 330/22ADV/CAD
CSS ████████
COPELAND, J R

Dear Mr. Copeland:

We are writing to you about your entitlement to Aid & Attendance benefits.

## What Did We Decide?

Veterans Pension with entitlement to aid and attendance is granted effective July 2, 2025, payable from August 1, 2025.

You are competent for VA purposes.

VA Form 21P-10194, *A summary of laws and regulations applicable to your claim,* is attached for your reference.

## How Did We Make Our Decision?

We enclosed a copy of our Rating Decision for your review. It provides a detailed explanation about our decision. You can find the evidence we considered in the section titled *"Evidence."* The reasons for our decision can be found in the portion of the rating titled *"Reasons for Decision"* or *"Reasons and Bases."*

We considered the following evidence when making our decision:

- VA Form 21-2680, Examination for Housebound Status or Permanent Need for Regular Aid & Attendance
- All Other Evidence of Record

## What Is Your Monthly Benefit?

| Monthly Rate | Effective Date | Reason |
|---|---|---|
| $449.00 | Dec. 1, 2024 | Legislative Adjustment |
| $1,394.00 | Aug. 1, 2025 | Granted Aid & Attendance Benefits |

2

CSS ████████
Copeland, J R

We're paying you as a single veteran with no dependents.

Your monthly rate includes an aid and attendance allowance because you need another person's constant help in conducting your daily activities.

The attached income breakdown shows the annual income and expense amounts we used when determining your rate of pension.

## How We Figure Your Pension

Your pension rate depends on your income and the number of dependents.
Medical expenses that you paid may be used to reduce the income we count. Please keep receipts for your medical expenses. We may need them.

## What Is Your Time Limit?

We must receive evidence of changes in income and/or paid unreimbursed medical expenses for the period of January 1, 2024, to December 31, 2024, before December 31, 2025, to protect your entitlement to potential increased benefits effective from the earliest possible date.

We must receive evidence of changes in income and/or paid unreimbursed medical expenses for the period of January 1, 2025, to December 31, 2025, before December 31, 2026, to protect your entitlement to potential increased benefits effective from the earliest possible date.

## What Are Your Responsibilities?

You should tell us right away if any one of the following happens:

- Your income changes (i.e., earnings, Social Security Benefits, lottery winnings)
- You gain a dependent
- Your net worth increases (cash, bank accounts, investments, and real estate except your home
- You move

We attached a VA Form 21-8768 (Disability Pension Award Attachment) which explains certain factors concerning your benefits.

## You are eligible for VA Healthcare

2XS9M03300420800020019  191990