COPELAND, Johnnie (Legal name: John Copeland) | (id #11760, dob: ███/1954)

# Harbor Health

HARBOR HEALTH MEDICAL GROUP
3200 RED RIVER ST SUITE 201
AUSTIN, TX 78705-2655
Phone: (855) 481-8375, Fax: (833) 956-2898

Date: 08/19/2025
RE: John Copeland, DOB: ███/1954, PT ID #11760

To Whom It May Concern,

I am writing on behalf of my patient, John Copeland, to support his application for a housing voucher through the Austin Housing Authority. Due to multiple chronic medical conditions, he requires round-the-clock assistance from a caregiver for his daily living and medical needs.

[Patient's Name] has a documented history of cerebrovascular accident (CVA) with resulting left-sided hemiparesis and visual impairment. These impairments significantly limit his mobility and ability to perform basic tasks independently. He also carries diagnoses of hypertension, hyperlipidemia, chronic pain syndrome, and insomnia, all of which further impact his functional capacity and quality of life.

Given the complexity and severity of his conditions, it is medically necessary for Mr. Copeland to reside in a stable housing environment that accommodates both his needs and those of a full-time caregiver. Access to such support is essential to prevent health deterioration, reduce hospitalizations, and promote safety and well-being.

I respectfully request that John Copeland be considered for a housing voucher that allows him to live with his full-time caregiver. Please do not hesitate to contact my office for any further information or documentation needed to assist in this process.

Sincerely,

Electronically Signed by: JAVIER ARMENTA, PA

COPELAND, Johnnie (Legal name: John Copeland) | (id #11760, dob: ████1954)

# Harbor Health

HARBOR HEALTH MEDICAL GROUP
3200 RED RIVER ST SUITE 201
AUSTIN, TX 78705-2655
Phone: (855) 481-8375, Fax: (833) 956-2898

Date: 09/18/2025
RE: John Copeland, DOB: 06/03/1954, PT ID #11760

To Whom It May Concern,

Johnnie Copeland is my patient, and has been under my care since February 2024. I am very familiar with their history and with the functional limitations imposed by their disability. Johnnie's condition meets the definition of disability under the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1973.

Due to mental illness, Johnnie has certain limitations regarding social interaction, coping with stress, and anxiety. In order to help alleviate these difficulties, and to enhance his/her ability to live independently and to fully use and enjoy the dwelling unit you own and/or administer, I am recommending an emotional support animal that will assist Johnnie in coping with their disability.
Should you have additional questions, please do not hesitate to contact me.

Sincerely,

Electronically Signed by: JAVIER ARMENTA, PA